# EXHIBIT A – HOLT DEPOSITION

```
 1                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF ARKANSAS
 2                        CENTRAL DIVISION

 3   GREGORY HOUSTON HOLT,                )
     ADC NUMBER 129616 and               )
 4   WAYDE STEWART, ADC NUMBER 65252,     ) CASE NUMBER
                                          ) 5:19CV00081-BSM
 5                PLAINTIFFS,             )
                                          ) 4:24CV00074-BRW
 6   VS.                                  )
                                          )
 7   DEXTER PAYNE, et al.,                )
                                          )
 8                DEFENDANTS.             )

 9          ----------------------------------

10                     ORAL DEPOSITION

11            (via audio-videoconference) OF

12                     GREGORY HOLT

13                    October 16, 2024

14          ----------------------------------

15

16       ORAL DEPOSITION (via audio-videoconference) OF

17   GREGORY HOLT, produced as a witness at the instance of

18   the DEFENDANTS, and duly sworn, was taken in the

19   above-styled and numbered cause on the 16th day of

20   October, 2024, from 9:07 a.m. to 1:16 p.m., before

21   Tammie L. Foreman, CCR in and for the State of

22   Arkansas, RPR, CRR, reported by machine shorthand, via

23   audio-videoconference, pursuant to the Federal Rules

24   of Civil Procedure.

25
```



**ARKANSAS** REALTIME REPORTING

www.ArkansasRealtimeReporting.com

```
1                          APPEARANCES

2   FOR THE PLAINTIFFS:

3     KIMBERLY NOE-LEHENBAUER
      Council on American-Islamic Relations
4     453 New Jersey Avenue, SE
      Washington, D.C. 20003
5     202-516-4724
      knoelehenbauer@cair.com
6

7   FOR THE DEFENDANTS:

8     CHRISTINE A. CRYER
      Attorney General's Office
9     323 Center Street, Suite 200
      Little Rock, Arkansas 72201
10     501-682-2029
      christine.cryer@arkansasag.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    I N D E X

2                 October 16, 2024

3                              PAGE:

4
  Stipulations                        1
5
  Appearances                          2
6
  Reporter Certification              114
7

8
  WITNESS: GREGORY HOLT
9                              PAGE:

10

11    Examination                      4
  By Ms. Cryer
12
      Examination                     96
13  By Ms. Noe-Lehenbauer

14    Further Examination              109
  By Ms. Cryer
15

16

17              EXHIBITS
            (No Exhibits Marked.)

18  NO.        DESCRIPTION            MARKED

19

20

21

22

23

24

25

Case 4:24-cv-00074-BRW    Document 32-3    Filed 11/22/24    Page 5 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

4

1          THE COURT REPORTER:  Mr. Holt, would you

2      raise your right hand, please, to be sworn.

3          Do you swear or affirm that the

4      testimony you are about to give shall be the

5      truth, the whole truth, and nothing but the

6      truth, so help you God?

7          THE WITNESS:  As Allah as my witness, I

8      promise to tell the truth.

9          THE COURT REPORTER:  Thank you.

09:07AM  10          GREGORY HOLT,

11  having been first duly sworn, testified as follows:

12          EXAMINATION

13  BY MS. CRYER:

14  Q.   Good morning.  Would you please state your name

09:07AM  15  for the record?

16  A.   Gregory Holt.  I'm also known as Abdul Maalik

17  Muhammad.

18  Q.   Okay.  Going forward with your deposition today,

19  would you like for me to refer to you as Mr. Holt or

09:07AM  20  would you like for me to refer to you as Mr. Muhammad?

21  A.   Mr. Muhammad.

22  Q.   Okay.  If I make a slip and accidentally refer

23  to you as Mr. Holt, I promise you on the record I am

24  not trying to be rude.  I just have "Holt" written

09:08AM  25  everywhere, but I want to be sure and be respectful

1  and refer to you by your name.  All right?

2  A.    Okay.

3  Q.    I know that we have met before.  It's been a

4  number of years.  My name is Christine Cryer.  I am an

09:08AM  5  attorney with the Office of the Arkansas Attorney

6  General's Office.  I am representing the defendants in

7  two of the lawsuits that we are here about today.

8  A.    Correct.

9  Q.    We are here to take your deposition regarding

09:08AM  10  two lawsuits.  Both, if I'm not mistaken, are -- I

11  know one is styled Holt versus Payne.  One, I believe,

12  is Holt and Stewart versus Payne.

13  A.    Yes.

14  Q.    The Holt and Stewart versus Payne, that case

09:08AM  15  number is 5:19CV81, and that is regarding the Jumu'ah

16  prayer.

17  A.    That's correct.

18  Q.    And then the second case is Holt versus Payne,

19  et al., and that case number is 4:24CV74, and that is

09:09AM  20  regarding your lawsuit about Ramadan?

21  A.    That is correct.

22  Q.    Okay.  I am going to try my best not to flip

23  back and forth in between cases.  I've tried to kind

24  of put my outline to make sure that I don't do that,

09:09AM  25  which kind of leads me into the -- what we're going to

1  call some of the ground rules for taking a deposition.

2  Okay?

3  A.    Yes.

4  Q.    First of all, are you able to hear me okay?

09:09AM  5  A.    Yes, ma'am.

6  Q.    Okay.  How many times have you given a

7  deposition?

8  A.    This will be my third.

9  Q.    Third?  Okay.

09:09AM  10  A.    I believe.

11  Q.    So I have a feeling -- and in the other two

12  depositions that they probably went over some of the

13  ground rules for taking a deposition.  I'm going to

14  say this just to remind you and to remind myself, so

09:09AM  15  it's not just you.

16  A.    All right.

17  Q.    I am going to ask questions today, and I am

18  hopeful that you are going to give me answers to those

19  questions.  Okay?

09:10AM  20  A.    All right.

21  Q.    Sometimes the question sounds really good in my

22  head but it does not come out clearly out of my mouth.

23  If for any reason you do not understand a question

24  that I am asking, please let me know and I will do my

09:10AM  25  very best to rephrase my question.  Okay?

Case 4:24-cv-00074-BRW   Document 32-3   Filed 11/22/24   Page 8 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

7

1   A.    Okay.

2   Q.    All right.  On the opposite side of that, if you

3   give me an answer to my question, I am going to assume

4   that you understood my question and that your answer

09:10AM   5   is responsive to that question.  Okay?

6   A.    Okay.

7   Q.    All right.  Second, you are doing an absolutely

8   wonderful job so far of waiting until I finish asking

9   my questions before you start to give me your answer.

09:10AM   10   If we can try and do that, again, that's not just on

11   you; that's on me, as well.  That helps the court

12   reporter take down everything that everybody is

13   saying.  Okay?

14   A.    Okay.

09:10AM   15   Q.    All right.  And again, I will try and make sure

16   that I let you finish answering my question before I

17   start asking you another question.  Okay?

18   A.    Okay.

19   Q.    All right.  If, at any time, you need to take a

09:11AM   20   break, if you need to go to the restroom, if you need

21   to eat a meal, if you need to contact your counsel,

22   that's absolutely fine.  We can go off the record at

23   any time.

24        My only request is going to be if I have

09:11AM   25   asked you a question, I'm going to ask you to give me

1  a response to that question before we go off the

2  record.  Okay?

3  A.    Okay.

4  Q.    All right.  And again, I don't plan for this to

09:11AM  5  be a marathon.  Looking at my list, we may go a couple

6  of hours; we may not.  So again, I'm happy to take any

7  breaks that you need.  Okay?

8  A.    Okay.

9  Q.    All right.  If I ask you a question that you are

09:11AM  10  going to answer with either a yes or no, please try

11  and remember to answer with yes or no rather than

12  uh-huh, huh-uh, shaking your head, nodding your head.

13  Those are things that we do every day in conversation

14  when we're sitting across from one another or looking

09:12AM  15  at each other.  But if the court reporter is not

16  looking at the monitor, she may not catch whether that

17  was intending to be a yes or a no.  Okay?

18  A.    Okay.

19  Q.    All right.  If, for any reason, I follow up and

09:12AM  20  I say was that a yes or was that a no, I promise you

21  I'm not trying to be rude.  I'm simply trying to make

22  sure that I understand what your response was.  Okay?

23  A.    Okay.

24  Q.    All right.  I will also tell you, I tried to do

09:12AM  25  my best to learn how to pronounce different words for

1  today's deposition.

2  A.   Okay.

3  Q.   I am going to just tell you that I probably

4  would not get a hundred percent on a spelling test or

09:12AM  5  on a verbal test for pronunciation.  If, for any

6  reason, I mispronounce a word, would you please

7  correct me and let me know that I need to say it or

8  phrase it different?

9  A.   Okay.  I'll do that.

09:17AM  10           (Internet interruption.)

11  Q.   (By Ms. Cryer:)  Mr. Muhammad, I think following

12  back up on that, it was just me explaining that I may

13  or may not get all of the pronunciations correct.  If

14  I do not, I am not trying to be disrespectful to you.

09:19AM  15  I am simply just unfamiliar with how to pronounce a

16  word.

17           So if you would be patient with me and

18  correct me when I do mispronounce something, I would

19  greatly appreciate it.  Okay?

09:19AM  20  A.   Okay.

21  Q.   All right.  So I was asking, what did you do

22  today in order to prepare for your deposition?  And

23  let me also say, I do not want to know about any

24  conversations that you had with any of your attorneys.

09:19AM  25  Okay?

1  A.   I really did nothing.

2  Q.   Okay.  Did you review any documents?

3  A.   I did not.  I've got it memorized.

4  Q.   I'm sorry?

09:19AM  5  A.   I've got it memorized.

6  Q.   Perfect.  All right.  So I know that you have

7  previously testified with regard to your Jumu'ah

8  prayer lawsuit, and I am going to go back over just a

9  couple of things just to make sure that I kind of

09:20AM  10  understand the background of that testimony.  Okay?

11  A.   Okay.

12  Q.   All right.  My understanding is that you have

13  been at the Maximum Security Unit of the Arkansas

14  Department of Correction since October of 2016.

09:20AM  15  A.   That is correct.

16  Q.   All right.  And at the time that you had your

17  deposition taken in 2019, I believe your testimony was

18  that you choose to stay in your cell approximately 22

19  hours a day.

09:20AM  20  A.   That is correct.

21  Q.   Okay.  Is that still the same for today?

22  A.   Yes, it is.

23  Q.   All right.  And am I correct that if you want to

24  come out of your cell, you have the opportunity to do

09:20AM  25  that but that you choose to stay in your cell?

1  A.   I come out just slightly more now because I come

2  out in the morning as an a.m. barracks porter.  But I

3  still adhere to that schedule as much as possible.

4  Q.   All right.  Tell me about what you do as an a.m.

09:21AM  5  barracks porter.

6  A.   Sweep the barracks, take out the trash, mop,

7  that kind of thing.

8  Q.   Are you the only a.m. barracks porter or are

9  there others?

09:21AM  10  A.   There's one other one.  There's two a.m.

11  barracks porters.

12  Q.   Who is the other a.m. barracks porter?

13  A.   I don't know his real name.  I just call him --

14  they just call him Boosie.  I don't know his real

09:21AM  15  name.

16  Q.   Can you spell the nickname for him?

17  A.   B-O-O-S-I-E.

18  Q.   All right.  Should I ask why they call someone

19  Boosie or should I just let that one go?

09:21AM  20  A.   I have no idea why they call him that.

21  Q.   Okay.  Am I correct that if there are two a.m.

22  barracks porters that there are possibly p.m. barracks

23  porters?

24  A.   Yes.  There's two p.m. barracks porters.

09:22AM  25  Q.   All right.  What -- do you have a certain time

1   that you are expected to perform your duties?

2   A.   On a good day.

3   Q.   Yes, sir.

4   A.   You're supposed to be done by roughly 9:30,

09:22AM    5   10:00.  But that's all depending on when they let you

6   out of your cell to do those jobs.

7   Q.   All right.  If on a -- on a good day or an ideal

8   day you are able to finish by 9:30 or 10:00,

9   approximately what time would you be starting that

09:22AM   10   morning?

11   A.   Around 7:30.

12   Q.   Okay.  Would it be accurate to say that it takes

13   you approximately -- and I am not holding you to any

14   specific time on this.  But it takes you roughly two

09:22AM   15   to two and a half hours every day to perform your job

16   duties?

17   A.   It does not.

18   Q.   Okay.

19   A.   That's just a time frame.

09:22AM   20   Q.   Does it sometimes take more?

21   A.   No.

22   Q.   Okay.

23   A.   They've established a rule that it has to be

24   done by 9:00 -- between 9:30 and 10:00 so they come

09:23AM   25   pick the tools up.

1 Q.   Okay.  All right.  Let's kind of get into a

2 little bit about the different religions.  My

3 understanding is that you previously testified that

4 the Nation of Islam teaches that the black man is god,

09:23AM  5 which is in direct contradiction to the Qur'an and to

6 the -- here comes the word I am going to try and

7 pronounce.  Is it Sunnah?

8 A.   Yes.  That's correct.

9 Q.   Do you recall providing that testimony

09:23AM 10 previously?

11 A.   Yes, I do.

12 Q.   Okay.  Is that still your belief today?

13 A.   Yes, it is.

14 Q.   All right.  And I believe you also previously

09:24AM 15 testified that the Nation of Islam promotes racial

16 disharmony?

17 A.   Yes, it does.

18 Q.   Okay.  And again, is that still your belief

19 today?

09:24AM 20 A.   It's -- it's modified a bit.

21 Q.   Okay.  Can you tell me how it has modified?

22 A.   It's modified because of the fact that I read

23 the Final Calls.

24 Q.   Okay.

09:24AM 25 A.   Which is the official paper of the Nation of

1 Islam.  And I read those papers not only to get news

2 you don't hear about on the regular news channels, but

3 also to see exactly how their teachings are

4 progressing.  And they are getting away from the

09:24AM 5 strict white man is the devil approach into more of a

6 separate black state.

7 Q.    What do you mean by a separate black state?

8 A.    It's based on at the end of the Civil War, when

9 the Union Army gave freed slaves the areas -- they

09:25AM 10 were supposed to be given -- the former slave-holding

11 states of Mississippi, Georgia, and Alabama as a

12 so-called republic of black Africa.  And their belief

13 is is that they should be given that in order to help

14 them build up and do for self.  Do you want me to

09:25AM 15 continue?

16 Q.    Oh, please.  Yes.  Sorry.

17 A.    Additionally, I have read a book that is called

18 "But Didn't You Kill Malcolm."  And it's a book by

19 Demetric Muhammad.  And Demetric Muhammad is a

09:25AM 20 research assistant with the Nation of Islam.

21        And in that book, Elijah Muhammad was

22 asked about the concept of Caucasians being Muslim.

23 And he said, "If they believe in Islam, they're with

24 us."

09:26AM 25 Q.    Do you -- I'm trying to figure out how to ask

1 this question.  Do you agree with that statement, that

2 if the white man -- do you agree that -- let me strike

3 that.  I'm not sure how I want to ask this.

4          In your opinion, does it seem that in

09:26AM 5 your mind or in your belief that the Muslims and the

6 Nation of Islam individuals are not as far apart as

7 they used to be?

8 A.    That is not a question I can answer as you have

9 put it.

09:27AM 10 Q.    Okay.  Is there a different way that I could ask

11 it that you would be able to answer it?

12 A.    I can clarify what I mean by that.

13 Q.    Okay.

14 A.    What I mean by that is, as far as some of their

09:27AM 15 racial teachings in the past, they have deviated

16 slightly from those.  But they still adhere to the

17 belief that Fard Muhammad was god in person and Elijah

18 Muhammad was a messenger, which directly contradict

19 Islam.

09:27AM 20 Q.    Okay.  Thank you.  Because that really is where

21 I was trying to get to.  Okay.

22          So I remember reading in prior testimony

23 that you stated that the Qur'an tells you to pray but

24 it does not tell you how to pray.

09:28AM 25 A.    That's correct.

1  Q.  All right.  And that the -- here comes another

2  word I'm going to try.  Is it the Hadith?

3  A.  The Hadith.  Yes.

4  Q.  The Hadith tells you how to pray?

09:28AM  5  A.  That's correct.

6  Q.  All right.  And that the -- here comes one more,

7  the Khutbah --

8  A.  Khutbah, yes.

9  Q.  The Khutbah is the message or the sermon in the

09:28AM  10  Muslim faith?

11  A.  That's correct.

12  Q.  All right.  And that there are two parts to the

13  Khutbah.  The first is that you are to read from the

14  Qur'an?

09:28AM  15  A.  Yes.

16  Q.  And the second is the community address?

17  A.  That is correct.

18  Q.  Okay.  Tell me -- I think I know what it means

19  by community, but tell me what it means by the

09:28AM  20  community address.

21  A.  To clarify the first one that you said.  Not

22  only does it mean reading from the Qur'an but it also

23  means expounding to the Khidmat, or local body of

24  Muslims.  What the meaning of those ayats, or verses

09:28AM  25  are.

1           The community address deals with issues

2    that are specific to that local body of Muslims, no

3    matter what they might be.  And they discuss problems

4    and how to fix them or give news from the Muslim

09:29AM    5    community or something of that nature.

6    Q.    Who can talk during the community address?  Is

7    that more like a conversation for the group or is that

8    one individual speaking?

9    A.    That's usually the khatib, the one who gives the

09:29AM    10    Khutbah.  Normally, it's the imam, but it might be

11    somebody that's doing the Khutbah that day in the

12    absence of the imam.

13           Group conversations take place in what's

14    called a halaqa or a taaleem, separate from Jumu'ah.

09:29AM    15    Q.    All right.  And does the taaleem occur after the

16    reading and expounding on the -- from the Qur'an and

17    the community address?

18    A.    Yes.  At the end.

19    Q.    Okay.  Are those -- for better terms, are those

09:30AM    20    separate events?  Are they separate services?  Or is

21    it just kind of one continuing service or event?

22    A.    It's part of the same service.

23    Q.    Okay.  So in your deposition, you, I believe,

24    testified that you stopped attending Jumu'ah in 2016.

09:30AM    25    Does that sound --

1    A.    That's correct.

2    Q.    Okay.

3    A.    That's correct.

4    Q.    Have you attended any Jumu'ah services or

09:30AM    5    prayers since 2016?

6    A.    I have not.

7    Q.    Okay.  And my understanding is that you stopped

8    again -- please correct me, that you stopped attending

9    Jumu'ah after the Inmate Nazeem decided to allow

09:31AM    10    Nation of Islam inmates the opportunity to present the

11    Khutbah?

12    A.    That is correct.

13    Q.    Okay.  How are -- what is a prayer leader?

14    A.    A prayer leader is somebody that gives the

09:31AM    15    Salah.  A prayer leader can be -- the imam is a prayer

16    leader, but not -- a prayer leader is not always the

17    imam.

18    Q.    And is the imam, is that an inmate or is that

19    someone either from the chaplaincy or a free-world

09:31AM    20    volunteer?

21    A.    Are you asking in the context of a prison

22    environment or just in general?

23    Q.    Excellent question.  Let's do both of those.  In

24    the context of a prison?

09:31AM    25    A.    Usually, it would be an inmate that has been --

1 that the community has expressed faith in to lead the

2 community. If the -- if there is, like, a free-world

3 volunteer that shows up, that person becomes the imam

4 for that service.

09:32AM 5 Q.   All right.  Is there anything that an inmate

6 needs to do in order to become the imam other than the

7 community expressing faith in them?

8 A.   Yes.  There are several criteria that an imam

9 must meet.

09:32AM 10 Q.   Can you tell me what those criteria are?

11 A.   If -- the candidates that are selected, what is

12 supposed to happen, based on the Hadi of the prophet,

13 is so alayhi as-salam, or peace be upon him, is that

14 the person with the most knowledge of the Qur'an, if

09:33AM 15 all the candidates have the same amount of knowledge

16 of the Qur'an, the person who has been Muslim the

17 longest.

18         If all of them meet that criteria, they've

19 all been around the same time, it's the person who is

09:33AM 20 considered to be the oldest.  But that's usually a

21 lesser criteria.  And they must be above reproach.

22 Whoever is selected must be above reproach.

23 Q.   How is it determined if that individual is above

24 reproach?

09:33AM 25 A.   Again, what is supposed to happen is, an

1  investigation is supposed to be conducted by -- by the

2  Muslims to determine just what his actions are in

3  barracks and other places to determine his fitness.

4  Q.   Would you look at or would the community look at

09:34AM  5  issues such as how many disciplinaries that individual

6  has received?

7  A.   That's correct.  That is one of them.  One of

8  them.

9  Q.   How -- how would you determine or how would it

09:34AM  10  be determined which individual is most knowledgeable

11  of the Qur'an?

12  A.   How many soras, or chapters, of the Qur'an they

13  can recite.

14  Q.   Okay.

09:34AM  15  A.   Whether they know their prayers in both English

16  and Arabic.  That type of stuff.

17  Q.   All right.  And I think you testified just a

18  second ago that ideally, that's how it should go?

19  A.   That's correct.

09:34AM  20  Q.   Tell me, how is it going now?  If not ideally,

21  in reality, I guess, how does that work now?

22  A.   Some people decide they want to be imam, or as

23  they call it here as a misnomer, prayer leader, and

24  then it's I guess, from what I've been able to tell,

09:35AM  25  how many home boys can vote you in.  It's by show of

Case 4:24-cv-00074-BRW   Document 23-2   Filed 11/22/24   Page 22 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

21

1  hands.  That is not Islamic.

2  Q.    Okay.  Do you know if the Maximum Security Unit

3  currently has any prayer leaders?

4  A.    Yes.

09:35AM  5  Q.    Okay.  How many do they have, to your knowledge?

6  A.    The Nation has taken over.  So it's my

7  understanding that one of the Nation members is now

8  over the prayer.

9  Q.    Can you tell me who that is, to your knowledge?

09:35AM  10  A.    I don't know for sure.  This all took place so

11  fast.  Once the -- once Chaplain Bourgeois left, it --

12  the Nation made a move to take over.  And I don't know

13  who that person is, but they're given Khutbahs and

14  everything on Nation ideology.

09:36AM  15  Q.    All right.  Before Chaplain Bourgeois left, do

16  you know who any of the prayer leaders were, or are

17  they the same people to your understanding?

18  A.    No.  The prayer leaders before that time were

19  Darrell Dennis and Roy Tolleson.

09:36AM  20  Q.    Do you know if Darrell Dennis is a follower of

21  the Nation of Islam?

22  A.    He is not.

23  Q.    Okay.  Is he a follower of the Muslim or is

24  it -- do I pronounce it Al-Islam?

09:36AM  25  A.    He is a follower of the Sunnah of Islam.

1  Q.   Okay.  And if I'm not mistaken, that's what you

2  are as well, correct?

3  A.   I'm a Salafi, but that's a methodology within

4  the Sunnah.  I practice the Sunnah.

09:37AM  5  Q.   Okay.  What about Roy Tolleson, if you know?

6  A.   I don't know specifically what his ideology is.

7  Q.   Okay.  Are either one of them in your housing

8  area?

9  A.   They are not.

09:37AM  10  Q.   All right.  Are you still in -- is it two

11  barracks or two cell block?

12  A.   Two barracks.

13  Q.   Two barracks.  Okay.  And I believe you just

14  said you're not sure -- now that Chaplain Bourgeois

09:37AM  15  has left the Maximum Security Unit, you're not sure

16  who is the -- who is calling themselves the prayer

17  leader or leading -- leading the services?

18  A.   Only to the extent that it was a hostile

19  takeover, if you can say it like that.

09:38AM  20  Q.   Describe, what does a hostile takeover look

21  like?

22  A.   A vote was called for out of the blue.  People

23  tried to get me to come down there to side with the

24  other side.  I refused.

09:38AM  25       The next thing I know, there's squabbling

1  going on and dissatisfaction with what happened down

2  there, and the Nation took over.

3  Q.    Do you recall who it was that tried to get you

4  involved?

09:38AM  5  A.    Yes.  Brother Sahih Muhammad.  S-A-H-I-H.

6          THE COURT REPORTER:  Thank you.

7  Q.    I have a feeling at the end of this deposition,

8  the court reporter is going to need a number of

9  spellings.  Maybe not.  But I anticipate she may need

09:38AM  10  several others, so thank you.

11  A.    Okay.

12  Q.    Is Mr. Muhammad in your barrack?

13  A.    He is not.

14  Q.    Do you know which barrack he is in?

09:39AM  15  A.    Three.

16  Q.    Three.  Okay.  And is three barrack next to two

17  barrack or is it across the hall?

18  A.    Across the hall.

19  Q.    Do you know if the hostile takeover, did it

09:39AM  20  involve violence or did it just involve words, to your

21  knowledge?

22  A.    Words were exchanged.

23  Q.    Okay.  And do you, by any chance, know what date

24  this happened?

09:39AM  25  A.    October 4th.

Case 4:24-cv-00074-BRW   Document 29-2   Filed 11/22/24   Page 25 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

24

1    Q.    Okay.  So how -- I know we've talked about

2    everything with regard to in the prison setting.  How

3    is the imam chosen, or imam chosen, in the free world?

4    How does one become an imam?

09:40AM    5    A.    Again, certain candidates are put forth to the

6    community.  There is what's called a Majilis al-Shura,

7    or a consultative body.  And what they do is, they vet

8    the candidates a bit, weed them out.  And when they

9    have found one that meets the criteria, they present

09:40AM    10    them to the community and say this is your new imam.

11    Q.    Have you ever been involved in that process when

12    you were in the free world?

13    A.    Yes, I have.

14    Q.    All right.  Can you tell me about when that was

09:40AM    15    and where that was?

16    A.    It was in '03 in Philadelphia.

17    Q.    Okay.  And was there actually a new -- or was

18    there an imam selected?

19    A.    Yes.

09:41AM    20    Q.    All right.  All right.  So going back to the

21    prior testimony, I believe you testified -- again,

22    correct me if I'm mistaken -- that if no free world

23    sponsor is available, an inmate is allowed to lead the

24    Khutbah, lead the prayer, under the supervision of a

09:41AM    25    chaplain or a staff member?

1 A.    That is correct.

2 Q.    All right.  As far as you know, has that been

3 true from the time you were deposed in 2019 until the

4 hostile takeover occurred at the beginning of October

09:41AM  5 of this year?

6 A.    That is my understanding.  Yes.

7 Q.    All right.

8 A.    With all the complaining that went on about it,

9 about them sitting in there and monitoring it, yes.

09:42AM  10 It had been going on.

11 Q.    Okay.  Okay.  And my understanding is that the

12 chaplain is hands-off regarding which inmate is

13 approved as the community leader?

14 A.    I disagree with that.

09:42AM  15 Q.    Okay.  Who -- tell me, if you can, what the

16 chaplain's involvement is.

17 A.    The chaplain picks who he believes is going to

18 be -- for lack of a better term, who is going to tell

19 him what's going on in the community, provide him

09:42AM  20 information, and is the most palatable to the

21 administration.

22         THE COURT REPORTER:  Is the most what to

23     the administration?

24         THE WITNESS:  Palatable,

09:42AM  25     P-A-L-A-T-A-B-L-E.

1         THE COURT REPORTER:  Thank you.

2   Q.   And when we're talking about chaplain, are we

3   talking about the unit chaplain which, again, prior to

4   October 1st of this year would have been Chaplain

09:43AM   5   Bourgeois, or are we talking about Chaplain Ameen?

6   A.   Bourgeois and then he'll bring Ameen down if a

7   disagreement arises about a person, and then he'll

8   basically go from there.

9   Q.   Where does the decision go or the approval

09:43AM   10   process go after the unit chaplain and Chaplain Ameen?

11   A.   My understanding, it's Warden Shipman or Warden

12   Culclager.

13   Q.   And when we're saying Culclager, are we talking

14   about Maurice Culclager, the deputy warden?

09:43AM   15   A.   Yes.  Maurice.

16   Q.   Okay.  I sometimes get confused.  I know Andrea

17   Culclager was a previous warden.  So the Culclager

18   name gets confusing.

19         All right.  I think there was testimony

09:44AM   20   before about an incident at Cummins where -- hold on

21   just a second.  Sorry.  It was telling me low battery

22   on my laptop.

23         That at the Cummins Unit, while you were

24   there, that you made a complaint to Chaplain Babcock

09:44AM   25   about how others were handling the Jumu'ah prayer and

1 so Chaplain Babcock brought in extra security to

2 monitor.

3 A.    Yes, he did.

4 Q.    Okay.  Did that happen just one time or did that

09:44AM 5 happen a number of times?

6 A.    A few times.

7 Q.    A few times.  Okay.  And again, I understand

8 that was at Cummins and that you're now at the Maximum

9 Security Unit.

09:45AM 10            All right.  Here's the part that I think

11 I really need the assistance with understanding.  I

12 understood your prior testimony to be that you cannot

13 pray behind a Nation of Islam follower even if they

14 say that they believe in Islam.

09:45AM 15 A.    That's correct.

16 Q.    All right.  The phrase that I want to make sure

17 that I understand is, what does it mean to pray behind

18 someone?

19 A.    Someone leading the prayer or praying right

09:45AM 20 there beside you.

21 Q.    Okay.

22 A.    If there's two of y'all and one of them is --

23 you know, there's just two of you and one is Nation, I

24 can't pray with that person.

09:45AM 25 Q.    Okay.  And that's kind of what I wanted to make

1  sure.  We're not talking about if you have 10 people

2  in a room and you were all -- there's an individual

3  standing up in front of you, we're not talking about

4  it just being -- physically being behind someone to

09:46AM  5  pray.  It is you cannot -- let me start that question

6  over.

7          You're not talking about someone just

8  simply physically standing behind someone else or

9  kneeling behind someone else to pray, correct?

09:46AM  10  A.   That's correct.

11  Q.   Okay.  You're talking about if there is an

12  individual who is standing up in front of the group

13  and that individual is leading the prayer, you cannot

14  pray behind that person?

09:46AM  15  A.   That is correct.

16  Q.   Okay.  And can a woman be an imam?

17  A.   No.

18  Q.   Okay.  Can you pray in a room where Nation of

19  Islam inmates are praying?

09:47AM  20  A.   I won't.

21  Q.   Okay.  If a Nation of Islam adherents followed

22  the way of the prophet, gave the Khutbah according to

23  the Qur'an, expanded upon it still according to the

24  Qur'an, would that violate your religious beliefs?

09:47AM  25  A.   Yes, it would.

1    Q.    Okay.  And tell me why it would.

2    A.    Because that person still believes about who

3    Fard Muhammad is and who Elijah Muhammad is.

4    Q.    Okay.  And I believe you've testified previously

09:47AM    5    that praying behind an innovator is forbidden even if

6    they only speak the words of the Qur'an?

7    A.    That's correct.

8    Q.    All right.  And I think you've also testified

9    that you cannot pray behind those who do not follow

09:47AM    10    the Sunnah?

11    A.    That's correct.

12    Q.    All right.  Who can you pray behind?

13    A.    I can pray behind those who adhere to the

14    Sunnah.

09:48AM    15    Q.    Okay.

16    A.    I mean, that's the quick answer.

17    Q.    Okay.  What would the slower, long answer be, or

18    is it still the same?

19    A.    It would still be the same.

09:48AM    20    Q.    Okay.  Let me, I guess, kind of ask this.  How

21    would you feel about Nation of Islam inmates sitting

22    in the back of the room while you and other Muslim

23    inmates prayed?

24    A.    That's where they're supposed to be at.

09:48AM    25    Q.    Okay.  In the back of the room?

Case 4:21-cv-00074-BRW   Document 23-2   Filed 11/22/24   Page 31 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

30

1  A.   In the back of the room sitting in the chairs.

2  Q.   Okay.  And if they were sitting in the chairs,

3  you would be okay having your service, attending a

4  Muslim service, provided that you are praying behind

09:49AM  5  someone who prays to -- who follows the Sunnah?

6  A.   That's correct.

7  Q.   Okay.  How would you feel about sitting in the

8  back of the room while the Nation of Islam inmates

9  were praying?

09:49AM  10  A.   I won't.

11  Q.   Okay.  And my understanding is that you will not

12  pray behind those who are sympathetic to the Nation of

13  Islam?

14  A.   That's correct.  They're suspect.

09:49AM  15  Q.   I'm sorry?

16  A.   They're suspect.

17  Q.   They're suspect.  Okay.  And what does it mean

18  when you say they are suspect?

19  A.   Because if you're sympathizing with them, it's

09:49AM  20  not too far a jump -- the way I look at it, it's not

21  too far a jump to where you will go over to that side.

22  Q.   Okay.  And I want to try and make sure I

23  understand what we're talking about when you say that

24  they are sympathetic to the NOI.

09:50AM  25          Let's say you have someone who says that

1 they follow the Sunnah but they want to help someone

2 fill out a grievance form and the individual that they

3 are wanting -- that is wanting to fill out the

4 grievance form is Nation of Islam, does that -- does

09:50AM  5 that fall into the definition of them being

6 sympathetic?

7 A.    Can you repeat the question?

8 Q.    Hopefully, I can.  Okay.  So let's say you have

9 one -- I am going to use you as an example.  Let's say

09:50AM  10 you -- let's say an inmate who follows the Nation of

11 Islam were to come to you and say, Mr. Muhammad, I

12 don't know how to fill out this grievance form.  Can

13 you help me.

14        If you were to help that individual,

09:51AM  15 although they follow the Nation of Islam, would that

16 be -- make you a sympathizer?

17 A.    No.

18        MS. NOE-LEHENBAUER:  Object to form.

19        You can answer.

09:51AM  20 Q.    (By Ms. Cryer:)  Okay.  Why would it not?

21 A.    Because filling out a grievance on a

22 nonreligious matter is what I do anyway.

23 Q.    Okay.  And that's kind of what I wondered.  If

24 it's -- if we're talking about sympathizer or someone

09:51AM  25 sympathizing, it's in the religious context?

Case 4:24-cv-00074-BRW   Document 28-2   Filed 11/22/24   Page 33 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

32

1   A.   That's correct.

2   Q.   Okay.  Perfect.  Thank you.  What is the Madina

3   Institute?

4   A.   What little bit I know about them is, they

09:51AM   5   originally started, I think, in Georgia, I think is

6   where their main headquarters are.  And their goal is

7   to bring people together to teach them about the

8   beauty of Islam.

9   Q.   Have you ever met anyone, to your knowledge, who

09:52AM   10   was from the Madina Institute?

11   A.   Yes, I have.

12   Q.   All right.  Do you recall when the last time

13   that was?

14   A.   It's been a while.

09:52AM   15   Q.   Okay.  Have you ever communicated -- and I guess

16   by communicating, have you ever written to anyone at

17   the Madina Institute?

18   A.   Yes, I did.

19   Q.   Okay.  Do you recall how long ago that was?

09:52AM   20   A.   Back when I first became aware of them, when

21   they showed up down here for the first time, I think

22   it was in either 2019 or 2020, I wrote them.  And

23   they, instead of responding back directly to me, sent

24   a letter, I think, to CAIR instead.  But yeah, I did

09:53AM   25   write them.

1  Q.    And when you say CAIR, is that C-A-I-R?

2  A.    The Council on American-Islamic Relations, yes.

3  Q.    Okay.  What were you -- tell me about the letter

4  that you wrote to the Madina Institute.

09:53AM  5  A.    I told them that -- about the sad state of

6  affairs of Islam and that we really needed them down

7  here, that they needed to, you know, help teach true

8  Islam, that type of thing.

9  Q.    All right.  And to your knowledge, did they

09:53AM  10  actually come to the Maximum Security Unit in response

11  to having received your letter?

12  A.    They started coming down for a while.  Yes, they

13  did.

14  Q.    All right.  Was that pre-COVID, before COVID?

09:53AM  15  A.    Yes.

16  Q.    All right.  Have they come back to the Maximum

17  Security Unit since COVID?

18  A.    There have been times when one or two brothers

19  will come down for Jumu'ah -- they'll conduct Jumu'ah

09:54AM  20  or for Eid every so often, yes.

21  Q.    Have you been able to speak with them when they

22  have been at the unit?

23  A.    I have spoken to them in passing by greeting

24  them, yes.  I tried once to speak to the group of them

09:54AM  25  when they came down for Eid.  And when I was trying to

1  talk to them, Chaplain Bourgeois called them into his

2  office and, not long after that, when they came out,

3  we went to the chow hall to break the fast, their

4  whole attitude towards me had changed.

09:54AM  5  Q.   Tell me about how -- tell me what you mean by

6  their whole attitude towards you had changed.

7  A.   They were friendly.  They knew who I was.  I

8  could communicate with them in Arabic.  There was even

9  a Caucasian brother that had come down, me and him got

09:55AM  10  to talking.

11        And once Bourgeois saw us talking, he

12  pulled them into his office.  And then when they came

13  out, when I tried to go back and talk to them, they

14  were real standoffish.

09:55AM  15  Q.   Okay.  You may not know this, but do you have

16  any idea how long they had a conversation with

17  Chaplain Bourgeois?

18  A.   At that point in time, from what I estimate,

19  they were in his office maybe five, ten minutes.

09:55AM  20  Q.   Does the race of the individual who is leading

21  prayer matter?

22  A.   No, it does not.

23  Q.   Okay.  If someone from the Madina Institute came

24  to the Maximum Security Unit to lead Jumu'ah, would

09:56AM  25  you attend?

1   A.   They have come down here.  I have not attended.

2   Q.   Okay.  Why not?

3   A.   Because of the reception that I got that time.

4   Q.   Are you aware of any other free world groups or

09:56AM   5   volunteers who have come in and led Jumu'ah?

6   A.   I think Brother Kareem Givens has come down a

7   time or two.  But I think as he gets older, he doesn't

8   come out as much.

9        Ameen shows up once in a blue moon only to

09:56AM   10   rectify problems.  Johnny Hassan, I've heard, comes

11   down here every so often.  But people are -- they

12   don't -- they are dissatisfied with him.  Other than

13   that, that is the ones I know about.

14   Q.   All right.  You said Brother Kareem --

09:57AM   15   A.   Givens.

16   Q.   Am I correct that that's K-A-R-E-E-M?

17   A.   That's correct.

18   Q.   Givens, G-I-V-E-N-S?

19   A.   That's correct.

09:57AM   20   Q.   All right.  Is he affiliated -- let me specify

21   or clarify what I mean by that.  Is he with any

22   organization?

23   A.   Not that I'm aware of.

24   Q.   That was my bad.  I spoke over you.  I

09:57AM   25   apologize.

Case 4:24-cv-00074-BRW   Document 28-3   Filed 11/22/24   Page 37 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

36

1          THE COURT REPORTER:  I'm so sorry.  I

2     didn't hear your answer.

3          THE WITNESS:  Not that I'm aware of.

4  Q.    All right.  When you said Ameen, we're talking

09:57AM  5  about Chaplain Ameen?

6  A.    That's correct.

7  Q.    And then Johnny Hassan, is he part of a group or

8  an organization that you are aware of?

9  A.    Not that I'm aware of.

09:57AM  10  Q.    Okay.

11  A.    It's Hassan, H-A-S-S-A-N.

12  Q.    Thank you.  Have you -- other than writing to

13  the Madina Institute, have you ever written to any

14  free world groups or individuals and asked them to

09:58AM  15  come to the Maximum Security Unit to lead Jumu'ah?

16  A.    I have not.

17  Q.    Okay.  Have you conducted any research to find

18  anyone that could come to the Maximum Security Unit to

19  lead Jumu'ah?

09:58AM  20  A.    I have not.

21  Q.    Okay.  Why not?

22  A.    Because I am trying to establish a separate

23  community.  And until that happens, I don't see the

24  point.

09:59AM  25  Q.    And when you say you don't see the point, are

1  you saying if you were to find someone that you could

2  pray behind, they came into the unit but all inmates

3  who claim that they are Muslims, included in the

4  Nation of Islam inmates, would be allowed to be in

09:59AM  5  there; therefore, you would not participate?

6  A.   That's correct.

7  Q.   Okay.  When would you start -- if you were to

8  win this lawsuit, when would you start looking for

9  someone who could come and lead Jumu'ah?

09:59AM  10  A.   I don't know that I would.

11  Q.   Okay.

12  A.   Based on my prior testimony.

13  Q.   Who would -- in your mind, who would lead

14  Jumu'ah?

09:59AM  15  A.   One of the fellow Muslims.

16          THE COURT REPORTER:  I'm sorry.  I

17       didn't hear your answer.

18          THE WITNESS:  I said one of my fellow

19       Muslims.

09:59AM  20  Q.   Do you know right offhand how many inmates would

21  join you for the Jumu'ah service, the separate Jumu'ah

22  service that would be only for Muslims?

23  A.   I do not know that.

24  Q.   Okay.  Do you know of any that would join you?

10:00AM  25  A.   There are several, yes.

1   Q.   Okay.  Can you tell me who they are?

2   A.   Individually, I know of at least four.  You have

3   Saheem Muhammad, Darrell Dennis -- I'm trying to

4   remember who all still goes down there.  But I know

10:00AM   5   there would be at least three or four.  But I believe

6   they would -- I believe there would be more that would

7   come simply because they don't like the existing

8   problems.

9   Q.   Are you aware of others who currently do not

10:00AM   10   participate in Jumu'ah for reasons similar to your own

11   that you believe would start attending with a separate

12   Jumu'ah?

13   A.   I'm not aware of anybody doing that.

14   Q.   Have you spoken with any of -- let me step back.

10:01AM   15   Are there other inmates in your barrack that are

16   Muslim?

17   A.   In my barrack?

18   Q.   Yes, sir.

19   A.   No, there are not.

10:01AM   20   Q.   Okay.  When is the last time that you were

21   housed with a Muslim?  And when I say "housed," I am

22   not talking about in the same cell but in the same

23   housing area, same cell block, or same barrack?

24   A.   Are you talking about Muslim or NOI?

10:01AM   25   Q.   Muslim.

1  A.    It's been a while.

2  Q.    Okay.

3  A.    It's been a while.

4  Q.    Are you currently housed with any NOI inmates?

10:02AM  5  A.    Not anymore.

6  Q.    Okay.  I know we've mentioned Chaplain Ameen.

7  My understanding is that you cannot or will not pray

8  behind Chaplain Ameen because he belongs to a spinoff

9  of the Nation of Islam.

10:02AM  10  A.    No.  That's not true.

11  Q.    Okay.  Will you pray behind -- are you willing

12  to pray behind Chaplain Ameen if there was a separate

13  Jumu'ah?

14  A.    No, I would not.

10:02AM  15  Q.    Okay.  Why will you not pray behind him?

16  A.    His track record.  He -- to me, my experience

17  with him is he's an agent of the state.

18  Q.    Okay.  What do you mean by him being an agent --

19  A.    Excuse me.  I'm sorry.

10:02AM  20  Q.    I'm sorry.  What do you mean by him being an

21  agent of the state?

22  A.    He takes the side of the ADC and not the

23  Muslims.

24  Q.    Okay.  In your opinion, does he always do that,

10:03AM  25  or are there times that he takes the side or the

1   position of the Muslims over the ADC?

2   A.    I have not seen it.

3   Q.    Okay.

4   A.    In fact, he also believes that the teachings of

10:03AM   5   W.D. Muhammad, which is who he follows, are a fifth

6   madhhab, or school of thought in Islam, and that is

7   completely out there.

8   Q.    How do you know that he follows W.D. Muhammad?

9   A.    Because he is the imam at a W.D. Muhammad Mosque

10:03AM   10   at Masjid Al-Mu'minum in Memphis.

11   Q.    Okay.

12          MS. NOE-LEHENBAUER:  Christine, we've

13          been going for a while here.  Would you mind

14          if we take a break?

10:03AM   15          MS. CRYER:  Absolutely not at all.

16          (Recess 10:25 a.m. to 10:34 a.m.)

17   Q.    (By Ms. Cryer:)  All right.  Mr. Muhammad, have

18   you ever had any conversations with Chaplain Ameen

19   about having separate Jumu'ah prayers?

10:34AM   20   A.    Yes, I have.

21   Q.    All right.  Can you tell me -- are you able to

22   give me a number or a ballpark of how many

23   conversations the two of you have had?

24   A.    We've had exactly two.

10:34AM   25   Q.    Two?  When did those conversations take place,

1  to the best you can recall?

2  A.    2018, 2019.

3  Q.    And what can you tell me about those

4  conversations?

10:34AM  5  A.    2018, he was opposed to it.  2019, we had a

6  conversation in the hallway and he said that based on

7  all the problems he's seen in the ADC that he now

8  supports the idea of separate Jumu'ah services.

9  Q.    Did he say why he opposed it in 2018?

10:35AM  10  A.    He did not.

11  Q.    Okay.  Did he explain what problems he had seen

12  in the ADC as of 2019 that led him to say that yes,

13  there should be two separate prayers?

14  A.    He did not elaborate.

10:35AM  15  Q.    Okay.  And is that the last time you recall

16  speaking with Chaplain Ameen about separate Jumu'ah

17  prayers?

18  A.    My last time to talk to him, period.

19  Q.    Okay.  Why have you not spoken with him since

10:35AM  20  then?

21  A.    I have no respect for him.

22  Q.    Okay.  And have we already talked about the

23  reasons that you do not have respect for him?

24  A.    That's correct.

10:35AM  25        MS. CRYER:  Okay.  Everything okay?

1          Tammie?  I heard a sound.  I just wanted to

2          make sure.

3   Q.    All right.  I think you testified that while you

4   were incarcerated in the Federal Bureau of Prisons,

10:36AM   5   the facilities where you were housed housed three

6   separate Jumu'ah prayers; is that correct?

7   A.    Yes.  That's correct.

8   Q.    And I think you testified that you were housed

9   at the Pollock, P-O-L-L-O-C-K?

10:36AM  10   A.    Yes.

11   Q.    Facility?

12   A.    Yeah.  USP Pollock.

13   Q.    All right.  Where is that?

14   A.    Pollock, Louisiana.

10:36AM  15   Q.    Okay.  And was that a minor or a minimum,

16   medium, or maximum security facility?

17   A.    It was high security.

18   Q.    High?

19   A.    Yes.

10:36AM  20   Q.    What about -- I think you testified also that

21   you were also housed at the Forrest City facility?

22   A.    That's correct.

23   Q.    In Forrest City, Arkansas?

24   A.    Yes.

10:36AM  25   Q.    All right.  Were you house in a minimum, medium,

1    or maximum security part of that facility?

2    A.    At the time, it was a minimum.

3    Q.    Okay.  Which one were you housed in first?

4    A.    Forrest City.

10:37AM    5    Q.    Okay.  And were you transferred to Louisiana or

6    was that for a separate time?

7    A.    Separate time.

8    Q.    Okay.  And I may have misread this.  Were you

9    also housed at a federal facility in Atlanta?

10:37AM    10    A.    No.

11    Q.    Okay.

12    A.    I've never been to Atlanta.

13    Q.    Okay.  I wasn't sure if I was reading that

14    clearly, so that's why I wanted to make sure.  So tell

10:37AM    15    me, if you would, a little bit about the three

16    separate Jumu'ah prayers that you were aware of at the

17    Federal Bureau of Prisons facilities where you were

18    housed?

19    A.    They would have Jumu'ah call, and they had three

10:37AM    20    separate locations where the Nation, the Moorish

21    Science Temple, and the Muslims would meet.  And they

22    all met in separate rooms in the education building.

23    Q.    Did they all meet at the same time, to your

24    knowledge?

10:38AM    25    A.    Yes, they did.

1  Q.   Okay.  Is Jumu'ah to be run or to be held at a

2  certain time at a certain day of the week?

3  A.   Yes.

4  Q.   Okay.  What day of the week is it to be held?

10:38AM  5  A.   Friday.

6  Q.   And what time is it to be held?

7  A.   One o'clock.  Starting at one o'clock.

8  Q.   Have you ever attended a Jumu'ah prayer that

9  began at 1:30 or 2:00 or anything like that?

10:38AM  10  A.   In the federal system?

11  Q.   Yes, sir.

12  A.   I did not, no.

13  Q.   Okay.  What about in the state system, had you

14  ever --

10:38AM  15  A.   Yes.

16  Q.   I'm sorry.  When -- where were you housed when

17  you attended a Jumu'ah prayer that began later than

18  1:00?

19  A.   Maximum Security Unit.

10:39AM  20  Q.   Do you recall when that -- was that in 2016?

21  A.   Yes.

22  Q.   Okay.  Do you recall about what time it began?

23  A.   I think it was, like, 1:30 'cause I know it was

24  causing a lot of problems down on the end I was on.

10:39AM  25  Q.   What kind of problems was it causing?

1  A.   There was enough to get where staff had to call

2  ranking staff to try to intervene.

3  Q.   Was -- was the -- were the problems related to

4  frustration that the service was not starting on time?

10:39AM  5  A.   It wasn't just that.  It was the general

6  disrespectful tone that the officer was exhibiting at

7  the time.

8  Q.   And were you present when that happened?

9  A.   Yes, I was.

10:39AM  10  Q.   Any chance -- I know it's been a number of

11  years, but any chance you recall who that staff member

12  was?

13  A.   I do not.

14  Q.   Okay.  Did they finally -- on that day, did they

10:40AM  15  finally, to your knowledge, get the prayer started or

16  did everyone have to disperse and go back to their

17  housing areas?

18  A.   If I remember correctly, they went so far as to

19  call all available, and it wasn't like that.  But a

10:40AM  20  bunch of them came running down there with rank, and

21  we explained what the problem was.  They got it fixed

22  really quickly.

23  Q.   Okay.  Do you recall what the problem -- what

24  anybody said the problem was with getting it started?

10:40AM  25  A.   Nobody ever said what caused us to be delayed.

1 Q.   Okay.  My understanding is that in the federal

2 system that inmates were essentially given reign to

3 oversee the services; is that correct?

4 A.   That's correct.

10:41AM 5 Q.   Okay.  Tell me, how did that work?  Did -- were

6 inmates escorted down to the particular room in the

7 education center that they were going to attend and

8 then it was only inmates in the room?

9 A.   They weren't escorted.

10:41AM 10 Q.   No escort.  Okay.

11 A.   They would have a Jumu'ah call.  And because

12 Pollock and Forrest City are built, like, around the

13 central yard, courtyard --

14 Q.   Yes.

10:41AM 15 A.   -- you go from your housing units across the

16 sidewalks to the various buildings, and you go to the

17 education building.

18 Q.   Were there any problems that you observed with

19 having one call for all three groups?

10:41AM 20 A.   None at all.

21 Q.   Okay.

22 A.   To answer the second part of your question, you

23 asked if we were in there by ourselves.  Yes, we were.

24 Q.   Okay.  Any issues or problems, any fights ever

10:42AM 25 break out during the prayers while you attended?

1  A.   There was one time where somebody from Little

2  Rock decided to come down, and he was from the Islamic

3  Center for Human Excellence on Wright Avenue in Little

4  Rock.  He used to be the Islamic coordinator for the

10:42AM  5  ADC, Ahjin Muhammad, who I believe now has passed.

6        He got down there and tried to rush the

7  prayer, was disrespectful to brothers who had been

8  Muslims for years.  And they told him that he needed

9  to leave at that point.  And so we went and got the

10:43AM  10  chaplain and said you need to escort this man out of

11  here.  He never came back.

12  Q.   When you said that he tried to rush the prayer,

13  what did that look like or what do you mean?

14  A.   Well, the Prophet Muhammad, peace be upon him,

10:43AM  15  said that when you line up in the ranks to make

16  prayers in robes, you are to be perfectly straight,

17  shoulder to shoulder so that the shaitan can't get

18  between you when you are praying.  So that's what we

19  would do.  We insisted on straight rows.

10:43AM  20        And a brother would walk by and he would

21  put his foot to the heel of each brother and make sure

22  they were in line so that it touched his, and he would

23  do that for each brother.  Right.  And then once that

24  was all done, then it was proper -- properly -- you

10:43AM  25  could properly pray.

1          Ahjin Muhammad just tried to run up there

2   and start praying.  The brothers asked him to hold up,

3   and he smarted off.

4   Q.    So when you say that he tried to rush the

10:44AM   5   prayer, he -- am I correct that he did not try and

6   condense the length of the prayer; he just tried to

7   hurry up and get started before everybody was --

8   A.    Was lined up.

9   Q.    Perfect.  Okay.  In looking at some of your

10:44AM   10   other testimony, I want to make sure that I understood

11   this part correct.  It would not solve your problem or

12   your request if the policy were to change that would

13   still allow for only one Jumu'ah prayer which did not

14   allow a Nation of Islam inmate to be a prayer leader,

10:44AM   15   correct?

16   A.    State that one more time.

17          MS. NOE-LEHENBAUER:  Object to the form.

18          THE COURT REPORTER:  Say again,

19       Kimberly.

20          MS. NOE-LEHENBAUER:  Object to the form.

21          THE COURT REPORTER:  Thank you.  Your

22       answer?

23          MS. CRYER:  I'm not sure he -- I don't

24       know if he heard my question.

10:45AM   25   A.    Will you read it -- will you state it again?

1   Q.   (By Ms. Cryer:)  Absolutely.  Would you be good

2   with there being only one Jumu'ah prayer as long as a

3   Nation of Islam inmate was not allowed to lead the

4   prayer?

10:45AM   5   A.   That would not be satisfactory.

6   Q.   And that would be because there would be a

7   Nation of Islam inmate present?

8   A.   On the prayer rug.  They would have to sit in

9   the back.

10:45AM   10   Q.   Okay.  We've briefly talked about -- or you

11   briefly mentioned taaleem.  What is taaleem?

12   A.   Taaleem is usually a time of instruction where

13   new Muslims and those that have been around a while

14   study Arabic, read from the Qur'an, have little

10:46AM   15   teaching moments, teaching classes, things of that

16   nature.

17   Q.   Can you attend taaleem even if you do not attend

18   Jumu'ah?

19   A.   Here, I don't think so.

10:46AM   20   Q.   Okay.  As of your deposition in November of

21   2019, you had not attended a taaleem at the Maximum

22   Security Unit.  As of today, have you attended one?

23   A.   Have not.

24   Q.   Okay.  Where is the -- where is Jumu'ah held at

10:47AM   25   the Maximum Security Unit?

1  A.    Chapel.

2  Q.    The chapel?

3  A.    Yes.

4  Q.    All right.  Have you ever been inside the

10:47AM  5  chapel?

6  A.    Yes.

7  Q.    When was the last time you were in there?

8  A.    About two months ago checking out some Islamic

9  books from the library.

10:47AM  10  Q.    Okay.  Would attending a Jumu'ah prayer in the

11  chapel be an option for you if the service was limited

12  to Muslim inmates only?

13  A.    Yes.

14  Q.    Okay.  In other words, I think my bigger

10:47AM  15  question is, do you have any problem with the chapel

16  itself, the building itself?

17  A.    No.  Not itself.  No.

18  Q.    Okay.  Do you have any idea how many inmates the

19  chapel can accommodate?

10:48AM  20  A.    That I do not know.

21  Q.    That's fine.  And as far as you know, since

22  you've been at the Maximum Security Unit, has the

23  chapel building been expanded?  Have they built on to

24  it or added on to it, as far as you know?

10:48AM  25  A.    Not that I'm aware of.

1  Q.    Okay.  To the best of your knowledge, what is

2  Inmate Wayde Stewart's affiliation?

3  A.    He follows the Sunnah.

4  Q.    Okay.  And I know that Mr. Martin is no longer a

10:48AM  5  plaintiff in this case due to his passing.

6  A.    Right.

7  Q.    But do you recall what his affiliation was while

8  he was in the ADC?

9  A.    I believe the same thing.

10:48AM  10  Q.    Okay.  Let me ask you just a little bit.  How

11  was Jumu'ah run during the peak of COVID?

12  A.    It wasn't.  The chaplain would come down, put it

13  on the chapel channel.  There was, like, a prerecorded

14  reading from the Qur'an by this guy named Saj Raa'el

10:49AM  15  (phonetic), and then he would go through the

16  prostrations.  I wouldn't even call it prayer.  But

17  that was the extent of it.

18  Q.    Was that anything that you ever participated in?

19  A.    No, 'cause that's not Jumu'ah.

10:49AM  20  Q.    Okay.  What do you do on Fridays now at 1:00?

21  A.    I make my salat, read from the Qur'an, that type

22  of thing.

23  Q.    Okay.  Does anyone do that with you?

24  A.    They do not.

10:49AM  25  Q.    Okay.  Do you have access to Jumu'ah prayers on

Case 4:24-cv-00074-BRW   Document 28-2   Filed 11/22/24   Page 53 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

52

1  your tablet?

2  A.    I've got access to Quick Buzz, Islamic podcasts,

3  which I utilize quite heavily.

4  Q.    Well, let me kind of go over a couple of

10:50AM  5  scenarios and let me get your understanding or --

6  yeah, your understanding or your thoughts on these.

7          So in scenario number one, both the

8  Muslims and Nation of Islam inmates get called out for

9  Jumu'ah at the same time.  They all enter the chapel

10:50AM  10  together and they split into two groups.  Let's say

11  Nation of Islam on one side of the room and Muslims on

12  the other side of the room.

13          One of the groups gets to pray first.

14  They get to put their rugs down while the other groups

10:51AM  15  sit in chairs on the other side of the room.  Then

16  when the first group is finished praying, the second

17  group gets to pray.  They kind of switch places.

18          Then once both groups have finished their

19  Jumu'ah, everyone is returned back to their housing

10:51AM  20  areas.  In a situation that I just described, would

21  you attend Jumu'ah?

22  A.    No.

23  Q.    Why not?

24  A.    Because of the fact that I'm not going to sit

10:51AM  25  there and be in the same room with them making their

1  prayers.

2  Q.   Okay.  All right.  So what if it was the same

3  scenario that I just described -- well, no.  Let me

4  take that back.

10:51AM  5         What if you have, again, both groups

6  called down, same time.  Both groups enter the chapel.

7  Instead of doing it one at a time, both groups get to

8  have their Jumu'ah at the same time.  One is on one

9  side of the room and one is on the other side of the

10:52AM  10  room.  So you're not waiting for the other group.

11  You're getting to do it simultaneously.  Would that be

12  a situation in which you would attend Jumu'ah?

13  A.   That's not workable.  No.

14  Q.   Okay.  Tell me how come.

10:52AM  15  A.   Because y'all are in the same room and there's

16  going to be -- y'all are both saying the -- going at

17  the same time.  I mean, that's chaotic.

18  Q.   Okay.  And that's kind of what I was trying to

19  understand when we were talking about praying behind

10:52AM  20  someone.  And that helps clarify it for me that you

21  are not just -- the praying behind someone doesn't

22  mean physically standing behind someone.  It means

23  just needing to be separate.

24  A.   It's including praying behind them but needing

10:52AM  25  to be separate, yes.

1  Q.   Okay.  Okay.  All right.  I think that's all the

2  questions that I'm going to have with regard to the

3  Jumu'ah lawsuit.  Okay?

4  A.   All right.

10:53AM  5  Q.   All right.  I am going to go ahead and I am

6  going to switch now to Ramadan.

7  A.   Okay.

8  Q.   And I'm probably going to ask a lot more

9  questions about this because I'm still trying to learn

10:53AM  10  on this.  Can you tell me, how would you describe,

11  what is Ramadan?

12  A.   Ramadan is a time 30 days of fasting,

13  reflection, and all that type of stuff for Muslims

14  once a year.

10:53AM  15  Q.   What is the significance of the fasting and the

16  reflection?

17  A.   The fasting is so that you understand how others

18  that don't have what you have and may have less, what

19  they're going through, sacrifice, and drawing closer

10:53AM  20  to Allah and making, like, resolutions to do things

21  differently.  Yeah.

22  Q.   All right.  Does Ramadan occur at the same time

23  every year?

24  A.   It does not.

10:54AM  25  Q.   Okay.  When does it -- does it occur every year?

1    A.    Yes, it occurs every year.

2    Q.    Okay.  How is it determined when Ramadan is

3    going to begin and when it's going to end?

4    A.    The sighting of the moon.

10:54AM    5    Q.    Again, some of these may be silly, and I

6    apologize for asking these this way.  But does Ramadan

7    begin in the morning on the day it begins or does it

8    begin in the evening?

9    A.    In the Arabic peninsula, of course, it's going

10:54AM    10    to -- when -- it's nighttime by the time we get

11    started over here during the day.  But it's when you

12    sight the moon, when we sight the moon or it's

13    sighted, that's when Ramadan begins.  And when you see

14    the moon, that's when you end the fasting.

10:55AM    15    Q.    Again, silly question.  What do you mean when I

16    sight the moon?

17    A.    You see the moon in the sky.

18    Q.    Okay.  That's kind of what I thought.  Just

19    wanted to make sure.

10:55AM    20            All right.  And you may have already

21    answered this, but to you and for you, what is the

22    purpose of fasting?

23    A.    Discipline, reflection, sacrifice, self-control.

24    Q.    Have you participated in Ramadan every year that

10:55AM    25    you have been at the Maximum Security Unit?

1  A.   I have.

2  Q.   Okay.  And I know that this lawsuit was filed in

3  January of 2024, so I am going to try and figure out a

4  way -- I think before the lawsuit was filed, the most

10:56AM  5  recent Ramadan would have occurred in 2023?

6  A.   That's correct.

7  Q.   Okay.  Did you experience problems or

8  difficulties with being allowed to participate in

9  Ramadan in 2023?

10:56AM  10         MS. NOE-LEHENBAUER:  Objection to the

11     form.

12         MS. CRYER:  Okay.

13  A.   Would you clarify the question?

14  Q.   (By Ms. Cryer:)  Absolutely.  Were you allowed

10:56AM  15  to fast during Ramadan in 2023?

16  A.   Yes, I was.

17  Q.   Okay.  Were you provided predawn meals during

18  Ramadan in 2023?

19  A.   Yes, I was.

10:56AM  20  Q.   Okay.  Were you provided postsunset meals during

21  Ramadan in 2023?

22  A.   Yes.  There is a caveat with that answer though.

23  Q.   Okay.  What is the caveat?

24  A.   Caveat is, there was at least five times in 2023

10:57AM  25  where I was not allowed to go down to the chow hall

1  and break fast because of the fact that they were

2  trying to break the fast before it was time to break

3  the fast.  And when I asked for a Styrofoam tray, I

4  was told you either eat now or you don't eat.

10:57AM  5  Q.    Do you, by any chance, remember when the dates

6  were that that occurred?

7  A.    Not specific dates, no.

8  Q.    Okay.  Do you recall if it was towards the

9  beginning of Ramadan, middle, end, or did it just

10:57AM  10  occur throughout?

11  A.    It seemed to occur in, like, the last week.

12  Q.    And during those at least five times that we're

13  talking about, did you ever receive an evening tray?

14  A.    I did not.

10:58AM  15  Q.    Okay.  Do you recall what time it was that they

16  were trying to have everyone break fast on those

17  nights?

18  A.    If I remember correctly, the time for breaking

19  the fast in 2023 was roughly 8:05.  And so they were

10:58AM  20  trying to run us down there, like, 7:30.

21  Q.    How do you know when the specific time is for

22  the fast to be broken in the evening?

23  A.    When -- just like you know when it begins, when

24  it ends is time to break the fast when you can no

10:58AM  25  longer see the white thread distinct from the black

1  thread in the sky.  In other words, darkness.

2  Q.   Okay.

3  A.   No lights on the horizon.

4  Q.   Do you know, by any chance, how the ADC was

10:59AM  5  making the determination of when they were trying to

6  feed you all?  And let me explain that question a

7  little bit better.

8        Did anyone ever tell you or say something

9  along the lines of, well, it's late enough or it looks

10:59AM  10  dark to me or give you any other explanation of why

11  they were trying to do it before when they should

12  have?

13  A.   They tried to get everybody locked back down.

14  Q.   Okay.

10:59AM  15  A.   Convenience.

16  Q.   Okay.  Do you recall which security staff was

17  responsible for doing that?

18  A.   It was, like, shift captains and lieutenants, I

19  think.  They were the ones that were still here, or

11:00AM  20  working at night.

21  Q.   Any chance you remember who the shift captains

22  and/or the lieutenants were?

23  A.   In 2023, it might have been Captain Richard

24  Clark.  I'm not sure about the lieutenant.

11:00AM  25  Q.   Okay.  Do you remember having specific

Case 4:24-cv-00074-BRW    Document 23-2    Filed 11/22/24    Page 60 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

59

1   conversations with anyone saying, hey, you're trying

2   to feed me too early?

3   A.   Yes.

4   Q.   Do you remember who you had those conversations

11:00AM   5   with?

6   A.   Warden Shipman and Deputy Warden Culclager.

7   Q.   Did you have the conversations with them as it

8   was occurring, as they were trying to get you to break

9   fast early, or did you have conversations with them at

11:01AM   10   some other point in time?

11   A.   At some other point in time when they were here

12   during the day.

13   Q.   Okay.  Do you recall whether you spoke with any

14   of the security staff who was either over the barracks

11:01AM   15   or working in the hallways the evenings that they were

16   trying to get you to break fast early?

17   A.   I believe I talked to Captain Clark about it.

18   Q.   Okay.  Captain Clark a really big guy?

19   A.   Yeah.  Richard Clark.  Big C they call him.

11:01AM   20   Yeah.

21   Q.   There you go.  Tell me, if you would -- so what

22   do you remember about any conversations you had with

23   Richard Clark?

24   A.   I was explaining to him about how -- when it's

11:01AM   25   supposed to -- you know, when you're supposed to

1  actually break the fast.  And his position was, he

2  understands that but this is when they're doing the

3  feeding.  And I said okay, so then can I get a

4  Styrofoam tray?  Will you authorize me to get a

11:02AM  5  Styrofoam tray?  And he said he couldn't do that

6  because he said if he did it for me, he would have to

7  do it for other people.

8  Q.    Okay.  Do you think you had similar or the same

9  conversations with him every time that happened or do

11:02AM  10  you think you maybe spoke with other security or staff

11  on those evenings?

12  A.    It's possible there were other people here, but

13  I remember specifically talking to him about it.

14  Q.    Okay.

11:02AM  15  A.    'Cause in the past, we had kind of a rapport

16  where I could go to him and talk to him about stuff

17  like this.

18  Q.    Okay.  Do you recall -- anybody else that you

19  may have spoken with, do you recall their response or

11:02AM  20  answer being any different?

21  A.    Other than Shipman and Culclager, no.

22  Q.    Okay.  So let's talk about conversations that

23  you had with Shipman about this.  Tell me, if you can,

24  when -- do you remember when the first conversation

11:03AM  25  you had with Shipman was?

1   A.   Not specifically --

2   Q.   Okay.  Was it --

3   A.   -- a hundred percent.

4   Q.   That's fine.  I know you submitted a grievance

11:03AM   5   in -- at the beginning of April of 2023.

6   A.   Yes.

7   Q.   About meal portion?

8   A.   Yes.

9   Q.   Do you recall if the conversation with Shipman

11:03AM   10   occurred before submitting that grievance or after?

11   And if you don't recall, you don't recall.

12   A.   It would have to have been after.

13   Q.   After.  Okay.

14   A.   'Cause, like I was saying, it was the last week

11:03AM   15   or week and a half of Ramadan.

16   Q.   Okay.  What was Shipman's response to the

17   conversation?

18   A.   That he would look into it.  He would talk to

19   the kitchen staff of Ms. Jackson.  And that was kind

11:04AM   20   of where that -- where that was left.

21   Q.   Do you recall if you spoke with him more than

22   one time about them telling you to break fast early or

23   was that your only conversation with him?

24   A.   That was my only conversation with him because I

11:04AM   25   really was more comfortable talking to Deputy Warden

1 Culclager about it.

2 Q.   Okay.  How many conversations do you think you

3 had with Deputy Warden Culclager just limited to the

4 fact that they were trying to get you to eat before it

11:04AM    5 was time to break your fast?

6 A.   At least two or three.

7 Q.   Tell me what you can remember about those

8 conversations.

9 A.   I just told them, I said, look, this the -- I

11:04AM   10 even brought the Hadeeth down there to him and I said

11 look, this is how this is supposed to be done.  I

12 said, now, it's been going already and then all of a

13 sudden, now we're starting to get earlier and earlier

14 and earlier.  It's lighter and lighter and lighter

11:05AM   15 outside.  I said, I can't break my fast at that point.

16           And I said so what I'm asking for is to

17 be -- on these nights where it's called early that we

18 be, you know, not just me, but others given Styrofoam

19 trays so we can break our fast in our cells once it's

11:05AM   20 time to break the fast.  And he said -- again, he said

21 he would have to get with Ms. Jackson to see if that

22 was -- if that was workable.  Evidently, it wasn't

23 because it never happened.

24 Q.   Okay.  Did you ever have a conversation with

11:05AM   25 Ms. Jackson about it?

1  A.   Yes, I did.

2  Q.   How many conversations do you recall?

3  A.   She -- about maybe a couple when she would be --

4  you know, like, I had a real problem with, you know, I

11:05AM  5  stay away from the chow hall during Ramadan during the

6  day because they watch.  They know who is on the

7  Ramadan list.  And if I'm even going in there for some

8  innocuous reason, it could still look like I would be

9  in there -- you see what I'm saying, trying to eat.

11:06AM  10  So I asked her to step out in the hallway for that

11  reason.  So I told her and she said you're going to

12  have to talk to the chaplain and the warden.

13  Q.   Okay.  By the time Ramadan ended in 2023, had

14  they started back to feeding the postsunset meals

11:06AM  15  postsunset again?  In other words, did the problem

16  resolve at the end of Ramadan in '23?

17  A.   About the last three days.

18  Q.   Okay.

19  A.   Last three or four days.  Yes.

11:06AM  20  Q.   Do you have any idea what it was that caused it

21  to change or did anyone ever explain to you why we've

22  been doing it wrong or anything like that?

23  A.   Never was.

24  Q.   Okay.

11:07AM  25  A.   I was just glad they went back to doing it.

1  Q.    Okay.  Let's talk about the predawn meal.  I

2  know that different barracks are fed at different

3  times.  But can you give me an idea of what time the

4  predawn meal is fed, is offered?

11:07AM  5  A.    Normally, anywhere between 2:30 and 5:00 a.m.

6  Q.    During Ramadan, would you go to the chow hall to

7  eat your predawn meal?

8  A.    Sometimes.

9  Q.    Okay.  On the times that you went, was there a

11:08AM  10  separate tray for inmates observing Ramadan or did you

11  just go -- was there just one main line you went

12  through and you received a regular breakfast tray.

13  A.    One main line.

14  Q.    Okay.  You said sometimes you went to chow hall

11:08AM  15  for breakfast; sometimes you did not?

16  A.    That's correct.

17  Q.    Okay.  Why would you not go -- why were there

18  instances in which you did not go?

19  A.    It would all depend where I had commissary or

11:08AM  20  not.

21  Q.    Tell me what you mean about that?

22  A.    If, for instance, I was able to go to the store,

23  I had commissary or things of that nature, I would

24  focus mainly on breakfast food and then if I didn't

11:08AM  25  feel like going down there, I would get up -- I got up

1   early -- I get up early anyway, but especially during

2   Ramadan, and would wait till the time closer to time

3   to start fasting to eat and drink water and stuff so

4   it would carry me into the time to start fasting.

11:09AM   5   Q.    Okay.  So I maybe didn't understand clearly, so

6   I may have to ask a couple of questions.  You

7   mentioned something about commissary.

8          When did commissary -- is there a certain

9   time that commissary opens?

11:09AM   10   A.    Commissary runs here at the Maximum Security

11   Unit in two barracks, it was running Mondays and

12   Thursdays for a long -- well, no.  Mondays and then

13   it's gone to Wednesdays.

14          I don't remember in 2023 exactly what date

11:09AM   15   the commissary was available.  But yeah, it's during

16   the day.

17   Q.    About what time did it start?

18   A.    It would start before 8:00.

19   Q.    Okay.  So I think I misunderstood.  You were

11:09AM   20   talking about whether you would go in to get your

21   breakfast tray.  You said that there were days that

22   you maybe you did not go into the chow hall to get a

23   breakfast tray, and I was trying to figure out, why

24   did you not go in to get the breakfast tray.

11:10AM   25   A.    'Cause I had commissary myself.

1 Q.   Okay.  So when you say you had commissary

2 yourself, does that mean that you had food already

3 with you in your cell that you could eat when it was

4 time?

11:10AM  5 A.    Yes, sir.

6 Q.   Okay.  What types of things did you get out of

7 the commissary that you could eat in your cell for

8 breakfast?

9 A.    Pop-Tarts, honey buns, cereal, things like that.

11:10AM 10 Q.   And my understanding is that your testimony is

11 that you would have that in your cell and that you

12 would wait until just before the fasting was to begin

13 to eat the breakfast.  That way, it was in your

14 stomach as the fasting began?

11:11AM 15 A.    That's correct.

16 Q.   Okay.  So let's talk about the after-sundown

17 meal that was served.  Take me through the process of,

18 how did you go about getting an evening meal.

19 A.    They would have the Ramadan call.  You go down

11:11AM 20 there and you get a tray just like you would during

21 chow call, but at that time.

22 Q.   How did they go about calling inmates down for

23 Ramadan call?

24 A.    Everybody that was on a list, officer would come

11:11AM 25 to the door.  They had a Ramadan list.  And they would

1  open just those cells.  Now, you know, we have halves

2  out on the floor for rec call, you know, movie call,

3  TV call.  And everybody that was on that list, they

4  would check them off as they went out the door.

11:12AM  5  Q.   Okay.  Were you allowed to go down to the chow

6  hall for the Ramadan evening meal with inmates from

7  other barracks or just inmates from two barrack?

8  A.   In 2023, if I'm not mistaken, I think they were

9  limited going by barracks only.  Yeah.

11:12AM  10  Q.   Did that change in 2024?

11  A.   Yes, it did.

12  Q.   All right.  In 2024, would you go down and -- I

13  know we're kind of jumping ahead into 2024.  And I

14  promise not to switch back and forth to years.  But in

11:12AM  15  2024, did they allow inmates participating in Ramadan

16  to go out of multiple barracks at a time to go down to

17  the chow hall?

18  A.   In '24?

19  Q.   Yes, sir.

11:13AM  20  A.   Yes, they did.

21  Q.   Okay.  So let's go back.  Tell me about -- we're

22  going to talk about in '23, which is last year.  Tell

23  me about the meal trays that were being served to you

24  during Ramadan, postsunset meals that were being

11:13AM  25  served.

1   A.   All right.  Portions were small.  And we were

2   only getting one portion.

3   Q.   When you say the portions were small, were those

4   portions the size that you would receive during the

11:13AM   5   non-Ramadan evenings?  In other words, was it a

6   regular meal tray that they were providing you at

7   night or was it even smaller than the one that you

8   would normally have outside of Ramadan?

9   A.   Sometimes it would be the same as the

11:13AM   10   non-Ramadan tray, sometimes smaller.

11   Q.   Do you know why sometimes the portion sizes were

12   smaller?

13   A.   Honestly?

14   Q.   Yes.

11:14AM   15   A.   It depended on what they had that day.

16   Q.   Okay.

17   A.   And how much of it was stolen out of the kitchen

18   and taken back to the barracks, and we would be left

19   sometimes with stuff that we should have had that was

11:14AM   20   served on the regular trays but had been stolen out of

21   the kitchen during the day and we didn't have access

22   to, so we had to have something else.

23   Q.   Okay.  And when you say stolen out of the

24   kitchen, who do you believe was stealing it out of the

11:14AM   25   kitchen?

1    A.    Workers who work back there.

2    Q.    Okay.  Did you ever have a conversation with

3    anyone about the fact that the portion sizes were

4    smaller than the -- a regular portion size would

11:15AM    5    normally be?

6    A.    Yes.

7    Q.    Who do you remember talking with about that?

8    A.    Staff or prisoners?

9    Q.    Let's start about staff.

11:15AM    10    A.    Captain Jackson.

11    Q.    Okay.

12    A.    I think I mentioned it to Ms. Green, who was

13    working in there are too.  I said something to

14    Bourgeois.  All Bourgeois would say was, that's not on

11:15AM    15    me.  I talked to Culclager about it.  I'm going to

16    look into it, that type of stuff.

17    Q.    Okay.  Do you remember what response Captain

18    Jackson gave you when you asked her about it?

19    A.    Yes.

11:16AM    20    Q.    What did she say?

21    A.    She said there was a memo put out by Chaplain

22    Ameen that said that you were to only get the one

23    meal, regular portions like you feed a population

24    because Ramadan was not about feeding, it was about

11:16AM    25    restraint.

1  Q.   When you began Ramadan in '23, do you recall the

2  size of the portions that were being offered for the

3  postsunset meal?

4  A.   Okay.  They were -- like I said, they were

11:16AM  5  either the size of what you would get during the day

6  or smaller.

7  Q.   Okay.  You filed a grievance and you signed it

8  on April 5th of '23.

9  A.   Yes.

11:17AM  10  Q.   Okay.  Again, from my Google search --

11  apparently, my Google search can be off by a day.  But

12  my understanding is that Ramadan, in 2023, began on or

13  about March 22nd.

14        So my question is, did you have any

11:17AM  15  problems with the meal trays between the beginning of

16  Ramadan and the date that you submitted your grievance

17  on April 5th?

18  A.   Yes.

19  Q.   Okay.  And have we talked about the -- are you

11:17AM  20  saying that from, again, around March 22nd through --

21  up until April 5th, every day those meal sizes or the

22  meal portions were the same or smaller than what a

23  regular meal tray would be?

24  A.   That's correct.

11:18AM  25  Q.   Okay.  And did you submit any other informal

1  resolutions or grievances during 2023 regarding the

2  Ramadan -- the food that was being served during

3  Ramadan?

4  A.   In 2023?

11:18AM   5  Q.   Yes, sir.

6  A.   I did not.  I didn't.

7  Q.   Okay.  Who is it that serves the meals during

8  the postsunset meals?  Mealtime -- let me back that

9  up.  That wasn't a good question.

11:18AM   10       Who is it that serves the postsunset

11  meals?

12  A.   Non-Muslim prisoners.

13  Q.   Do you know any of their names?

14  A.   No.

11:19AM   15  Q.   Okay.  That's fine.  Let's go back -- we're kind

16  of going back in time, I know.  In 2022, did you have

17  any problems or issues with the food that was being

18  served during Ramadan or the timing of the food that

19  was being served during Ramadan?

11:19AM   20  A.   Intermittently.

21  Q.   When you say "intermittently," about how often?

22  A.   Every so often.

23  Q.   Okay.  And would the problems have been the

24  portion of the meals or would the problem or the issue

11:19AM   25  have been the timing that the meal was being served?

Case 4:24-cv-00074-BRW   Document 28-2   Filed 11/22/24   Page 73 of 116
GREGORY HOUSTON HOLT VS DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

72

1  A.   Well, in 2022, we were actually getting both

2  meals.

3  Q.   Okay.  When you say "both meals," tell me about

4  that.

11:20AM   5  A.   That was the lunch and last meal that we had for

6  the day was in -- was on the tray.

7  Q.   Okay.  So for an example, if during lunch they

8  served fried bologna, beans, corn, and a cookie.  I

9  know that's not a nutritional meal.  I'm just kind of

11:20AM   10  spit-balling that one.  And then at night, they served

11  chicken spaghetti, beans, cornbread, and a cookie.  In

12  2022, would they have put both of those meals on one

13  tray and said here you go?

14  A.   Both the main portions, so you would have fried

11:20AM   15  bologna and chicken spaghetti --

16  Q.   Gotcha.

17  A.   -- on there at the same time, and the sides, I

18  guess you could call it, would be heaping.

19  Q.   I'm sorry.  It would be what?

11:21AM   20  A.   Heaping.  You know, it wasn't just like where

21  they call shaking the spoon, they weren't doing that.

22  Q.   Okay.  And that was in 2022?

23  A.   Correct.

24  Q.   Okay.  What about 2021?

11:21AM   25  A.   I don't remember.  I don't think there were any

1 problems.

2 Q.   Okay.  As far as you recall, do you remember

3 submitting any grievances during 2022 about Ramadan

4 and the meals?

11:21AM 5 A.   I did not.

6 Q.   Okay.  What about 2021?  As far as you can

7 recall -- and again, I know we're going back a number

8 of years, do you recall submitting any grievances

9 regarding Ramadan meals in 2021?

11:21AM 10 A.   Not that I'm aware of.

11 Q.   Okay.  You've already answered a lot of my

12 questions.  All right.  Let's talk about Ramadan 2024,

13 the one that we had just this past, I think, March to

14 April.  Tell me about the postsunset meals that you

11:22AM 15 received during Ramadan in 2024.

16 A.   First 10 days, they were on Styrofoam trays.

17 Q.   Okay.

18 A.   Which are even smaller portions.

19 Q.   Okay.  Do you know why they were on Styrofoam

11:22AM 20 trays?

21 A.   I did not.  But once I went to Warden Culclager,

22 he went up in there and told them to start giving it

23 to them on regular trays.

24 Q.   Okay.  And just to make sure, for the first 10

11:22AM 25 days of Ramadan in 2024, you were served your

Case 4:24-cv-00074-BRW    Document 28-2    Filed 11/22/24    Page 75 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

74

1   postsunset meals on Styrofoam trays, and those

2   portions were smaller than the regular meal trays?

3   A.    That's correct.

4   Q.    Okay.  Tell me, then, once Culclager took care

11:23AM   5   of that, did they start giving you meals, your

6   postsunset meals, on regular trays?

7   A.    Yes.

8   Q.    Tell me about the portion sizes that they

9   provided to you at night.

11:23AM   10   A.    It was, again, equal to what they served during

11   the day or less.  And it was one meal.

12   Q.    Not like it was in '22, where they gave you both

13   the lunch and the dinner main course and heaped the

14   different veggies and stuff?

11:23AM   15   A.    No.

16   Q.    Okay.  Did you -- at any time in 2024, did they

17   try and serve you with your evening -- your postsunset

18   evening tray before it was time for you to break fast?

19   A.    Yes, they did.

11:24AM   20   Q.    Okay.  Do you recall about how many times that

21   happened?

22   A.    Three.

23   Q.    Okay.  Any chance you remember the dates of when

24   those happened?

11:24AM   25   A.    Not specifically.

1  Q.    Okay.  Did you have any commissary items in your

2  cell during those times that allowed you to at least

3  eat something?

4  A.    Yes.

11:24AM  5  Q.    Okay.  Did you submit any grievances before,

6  during, or after the 2024 Ramadan period regarding the

7  meal portions or the timing of the meals?

8  A.    Timing of meals.

9  Q.    Okay.  How many grievances did you submit?

11:25AM  10  A.    I attempted to submit one.

11  Q.    Okay.  Tell me about what happened with that

12  grievance.

13  A.    Well, it was -- I mean, are we going to discuss

14  another case?  'Cause it involves another case that

11:25AM  15  you are on.

16          MS. NOE-LEHENBAUER:  Yeah.  We should

17      not discuss details of any other case.

18  Q.    (By Ms. Cryer:)  Okay.  Let me see if I can ask

19  these questions.  Did you hand a grievance or an

11:25AM  20  informal resolution to an employee of the ADC?

21  A.    Yes, I did.

22  Q.    Okay.  Who did you hand that grievance to?

23  A.    Sergeant Kevin Nunnery.

24  Q.    Kevin Nunnery?

11:25AM  25  A.    Nunnery, yes.

Case 4:24-cv-00074-BRW    Document 23-2    Filed 11/22/24    Page 77 of 116
**GREGORY HOUSTON HOLT vs DEXTER PAYNE**
HOLT, GREGORY on 10/16/2024

76

1  Q.    To your understanding, what happened with that

2  grievance?

3  A.    It went to -- I attempted to go to step two.  I

4  did not get an answer to step one.  So I waited the

11:26AM  5  required full three business days.  Went to the step

6  with the yellow copy and never got a response.  There

7  it stalled out until it was found among other

8  paperwork.

9  Q.    Okay.  Do you have a copy of that informal

11:26AM  10  resolution/grievance?

11  A.    My counsel does.

12  Q.    Counsel does?

13  A.    In another case.  Not counsel here.

14  Q.    Okay.  We're not going to discuss the facts of

11:26AM  15  the other case.  But I guess I'm trying to figure out

16  which counsel would I need to contact in order to get

17  a copy of that.

18  A.    Carolyn Coleman.

19  Q.    I'm sorry.  Carolyn Coleman?

11:26AM  20  A.    Carolyn Coleman.

21  Q.    Gotcha.  Do you by any chance --

22        MS. NOE-LEHENBAUER:  We'll reach out for

23      that and produce it.

24        MS. CRYER:  Okay.  Thank you.

11:27AM  25        MS. NOE-LEHENBAUER:  Yeah.

1  Q.    (By Ms. Cryer:)  Do you, by any chance, remember

2  the date that you submitted the informal resolution?

3  A.    I do not.  Not right off.

4  Q.    Okay.  Not a problem.  And I think I know the

11:27AM    5  answer to this, but I want to make sure that I do

6  understand.  Do you have access to water in your cell

7  every night?

8  A.    Yes, I do.

9  Q.    Okay.  Do you have a cup in your cell?

11:27AM    10  A.    Yes, I do.

11  Q.    Okay.  So as far as if you were wanting to drink

12  a lot of water or a little bit of water in the

13  evenings, you have the ability to do that?  And in

14  particular, during Ramadan, during your nonfasting

11:27AM    15  hours, correct?

16  A.    That is correct.

17  Q.    Okay.  You testified a little bit earlier about

18  a feast.  And I apologize, I am not remembering the

19  name.  I want to say it's spelled E-I-D?

11:28AM    20  A.    Eid.

21  Q.    Eid?  Okay.

22  A.    Yes.

23  Q.    Okay.  What is an Eid or an Eid feast?

24  A.    Well, there's two different kinds.

11:28AM    25  Q.    Okay.  Can you tell me what the two different

1  kinds are?

2  A.   The Eid al-Adha that deals with the

3  commemoration of the breaking of the fast, celebration

4  of the breaking of the fast.  And then you have the

11:28AM  5  other Eid that deals with the conclusion of the hodge

6  or the pilgrimage.

7  Q.   When does the first Eid occur?

8  A.   Usually the day after the end of Ramadan.

9  Q.   Was there an Eid feast in 2024 after the day

11:28AM  10  after Ramadan?

11  A.   Yes, there was.

12  Q.   Did you participate in that?

13  A.   I did not.

14  Q.   Okay.  Why did you not participate in that?

11:29AM  15  A.   Because there was a bunch of nonsense going on

16  up there and I didn't want any parts of it.

17  Q.   Tell me what you mean by a bunch of nonsense.

18  A.   The food that was supposed to be ours was being

19  bartered to non-Muslims, among other things.  And so I

11:29AM  20  wanted no parts of it because it completely destroys

21  the reason for Eid.

22  Q.   Okay.  Okay.  What about in 2023, last year, do

23  you recall whether you participated in that feast?

24  A.   Yes, I did.

11:29AM  25  Q.   Okay.  Do you recall what was served during that

1  feast?

2  A.   Some of the best pizza I've had in a while.

3  Q.   Do you know where it came from?

4  A.   I don't remember who it came from.  But man, let

11:30AM  5  me tell you, that pizza and that soda, it's what I

6  needed, you know what I mean.

7  Q.   Do you know who provides the food for that

8  feast?

9  A.   Now, in '21 and '22, I know the Madina Institute

11:30AM  10  did because they exposed the brothers to Middle

11  Eastern and food from other countries they've never

12  had.  I hadn't taken that since my travels.  But '23

13  and '24 -- '23 was pizza.  '24 was a salad provided by

14  the Madina Institute.

11:30AM  15  Q.   Do you know who provided -- and you may have

16  just said this.  Do you know who provided the pizza in

17  '23?

18  A.   I'm not sure.

19  Q.   Okay.  Do you ever contribute or make a

11:31AM  20  contribution to the Maximum Security Unit's chapel

21  account or chapel fund?

22  A.   I do not.

23  Q.   Okay.  What about a contribution for the Islamic

24  feast?

11:31AM  25  A.   I do not.

1  Q.   You mentioned there were two Eids.  The second

2  one was regarding the pilgrimage?

3  A.   That's correct.

4  Q.   All right.  Tell me, have you participated --

11:31AM   5  has that already occurred in 2024?

6  A.   Yes.

7  Q.   Okay.  Do you remember when it was?

8  A.   I can't remember the exact date.

9  Q.   That's fine.  Do you remember month, or season?

11:31AM  10  A.   It's a little longer than that.  I can't

11  remember the exact date, but --

12  Q.   Okay.  Do you recall what was served?

13  A.   I don't.

14  Q.   Okay.  Did you participate?

11:32AM  15  A.   I don't think I did.

16       MS. CRYER:  Okay.  All right.  What time

17     is it?  11:30?  Does anyone need to take a

18     break?

19       THE COURT REPORTER:  I wouldn't mind

11:32AM  20     standing up for about five minutes.

21       MS. CRYER:  Okay.  Kimberly, are you

22     good with that?

23       MS. NOE-LEHENBAUER:  Yeah.  That is

24     fine.  It would be ideal if we could go

11:32AM  25     ahead and speak with Abdul Malik again.

1          MS. CRYER:  Okay.  That would be fine.

2          MS. NOE-LEHENBAUER:  If we could take

3     20, I guess, so he has time to get there and

4     back.

11:32AM    5          MS. CRYER:  That's great with me.

6     Tammie, is that okay with you?

7          THE COURT REPORTER:  That's great with

8     me.

9          MS. CRYER:  Okay.  We can -- I know

11:32AM   10      you're the one that announces going off the

11      record.  I'm fine.  And we can come back at

12      11:50?  11:50 good enough?

13          MS. NOE-LEHENBAUER:  Yes.

14      (Recess from 11:33 a.m. to 12:30 p.m.)

12:30PM   15  Q.  (By Ms. Cryer:)  Mr. Holt, were you able to get

16  your -- I am going to call it lunch meal.  I would say

17  noon meal.  But were you able to eat your meal?

18  A.  Yes, I was.

19  Q.  Okay.  Perfect.  So let me go -- I've got a

12:31PM   20  couple of questions, and then we won't be taking much

21  longer.  Let me ask you, I think you testified earlier

22  that predawn meals are served anywhere from 2:30 in

23  the morning to 5:00 in the morning, kind of -- and I

24  assume that just depends on which barrack they start

12:31PM   25  with that day; is that correct?

1   A.    That's correct.

2   Q.    Okay.  How many times would you say in 2023 that

3   you did not go down to the chow hall to obtain a

4   breakfast tray?

12:31PM   5   A.    I can't say for sure.

6   Q.    Okay.  Would it have been half the time?  And

7   let me rephrase that.  I'm talking about just during

8   Ramadan.  Would it have been maybe half the time?

9   A.    It was a good amount.

12:31PM   10   Q.    Okay.

11   A.    I don't know if it was half, but --

12   Q.    Okay.  What about in 2024?

13   A.    About half the time.

14   Q.    Okay.  Let me ask, if you felt that you were not

12:32PM   15   being served enough food at night and that you were

16   going to have to depend on the one meal tray that you

17   were receiving at night and then the one meal tray

18   that you were going to receive in the morning, why

19   would you not go down and get your breakfast trays?

12:32PM   20   A.    There were just times I haven't.

21   Q.    Okay.  Did any staff member, ADC staff member,

22   prevent you from going down?

23   A.    No.

24   Q.    Okay.  You also testified a little bit earlier

12:32PM   25   about you were able to purchase -- to purchase food

1  items out of the commissary and kind of keep them with

2  you to eat.  Let me ask, how often do you get to buy

3  commissary items?

4  A.   It's few and far between.

12:33PM  5  Q.   Okay.  And how -- how are you able to purchase

6  commissary food items?

7  A.   Either people on the outside send me money or I

8  get the -- they have a package program twice a year.

9  A lot of times, I'll have that set aside for those

12:33PM  10  months.

11  Q.   Okay.

12  A.   To -- yeah.

13  Q.   Okay.  How -- I think we went off the record

14  earlier so you could eat your lunch meal and go to the

12:33PM  15  commissary.  How were you able to go to the commissary

16  and purchase food items today?

17  A.   I didn't.  I'm indigent right now.

18  Q.   Okay.  And maybe I mis -- did you go to the

19  commissary for anything today?

12:33PM  20  A.   Yes.  To get my $12 indigent.

21       THE COURT REPORTER:  Twelve dollar what?

22       I'm sorry.

23       THE WITNESS:  Indigent.  Indigent.

24       THE COURT REPORTER:  Okay.  Thank you.

12:33PM  25       MS. CRYER:  And Tammie, those are

Case 4:24-cv-00074-BRW   Document 23-2   Filed 11/22/24   Page 85 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

84

1          nonfood items.

2    A.    Correct.

3    Q.    (By Ms. Cryer:)  Okay.  I am going to talk about

4    potential witnesses that you may have in this case.

12:34PM   5    One of the individuals that was identified was a

6    Sergeant A. Vinces.  And I believe it's V-I-N-C-E-S.

7    Do you know who that person is?

8    A.    Vinces or Vincer?

9    Q.    This says Sergeant A.  V-I-N-C-E-S.  But it may

12:34PM   10   have been that they meant to type something different.

11   A.    The only sergeant that I know that was working

12   in 2024 during Ramadan was Vincer, V-I-N-C-E-R.

13   Q.    And is that someone that you might call to

14   testify on your behalf at trial?

12:34PM   15   A.    That I don't know.

16   Q.    Okay.  As you sit here today, can you tell me

17   any inmate that you would anticipate calling to

18   testify on your behalf in your Ramadan lawsuit?

19   A.    Yes.

12:35PM   20   Q.    Okay.  Who would those be?

21   A.    Kenneth Hinton.

22   Q.    I'm sorry?

23   A.    Kenneth Hinton, H-I-N-T-O-N.

24   Q.    Okay.

12:35PM   25   A.    Roosevelt Hays.

1   Q.   Okay.

2   A.   Those are the two right there.

3   Q.   Okay.  Tell me about Mr. Hinton.  What would you

4   anticipate -- and I know you don't know for certain,

12:35PM   5   but what would you anticipate Mr. Hinton would testify

6   about?

7   A.   About how the portions were served on days that

8   I missed, that type stuff.

9   Q.   Okay.  Is Mr. Hinton in your barrack?

12:35PM   10   A.   Yes, he is.  But he's not Muslim.

11   Q.   And what about Roosevelt Hayes?

12   A.   Roosevelt Hayes can testify that for '23 and

13   '24, myself and him went down and attempted to raise

14   the issue about the trays, the times, and all of that.

12:36PM   15   Q.   All right.  Do you have any written statements

16   from Inmate Hinton?

17   A.   I do not.  Not at this time.

18   Q.   What about Inmate Hayes?

19   A.   I do not.

12:36PM   20   Q.   Okay.  Have you obtained any written statements

21   from any other -- from any inmates at the Maximum

22   Security Unit regarding your Ramadan lawsuit?

23   A.   I have not.

24   Q.   Okay.  As far as you know, do you intend to call

12:37PM   25   any experts in this case to testify on your behalf?

1    A.    Not at this time.

2    Q.    Okay.  In 2023, did you ever break your fast

3    during Ramadan?

4    A.    I did not.

12:37PM    5    Q.    Okay.  What about same question in 2024?

6    A.    I did not.

7    Q.    Okay.  Let me ask you a couple of questions

8    about your complaint.  First of all, did you see your

9    complaint before it was filed in this case?

12:37PM    10    A.    Yes, I did.

11    Q.    Okay.  And to the best of your knowledge, were

12    all of the facts and allegations that were alleged in

13    your complaint true and accurate?

14    A.    Yes.

12:37PM    15    Q.    Okay.  Let me ask, there was -- Counsel, I'm

16    looking at paragraph 77 of the complaint.  But the

17    statement was, "Defendants' unlawful actions caused

18    and continue to cause Plaintiff Holt harm by forcing

19    him to choose between fasting and a diet that meets

12:38PM    20    minimum nutritional standards."  And my understanding

21    is from your testimony, you did not have to break your

22    fast during '23 and '24, correct?

23    A.    No, I did not.

24    Q.    Okay.  And one year I think I even asked about

12:38PM    25    was '22.  And my understanding -- and again, please

1　correct me if I'm mistaken.  But my understanding is,

2　you did not have any problems with food portion in

3　2022?

4　A.　I did not.

12:38PM　5　Q.　Okay.

6　A.　What paragraph is that, 77?

7　Q.　Yes, sir.

8　A.　Okay.

9　Q.　Have you ever made any type of -- I am going to

12:39PM　10　call it a diary.  Kind of a running list of events

11　that have happened with regard to Ramadan that you

12　intend to use at trial in this case?

13　A.　Yes.

14　Q.　Okay.  Have you provided copies of those to your

12:39PM　15　attorneys?

16　A.　Let me -- not to talk over you.

17　Q.　Sure.

18　A.　I believe I might have forwarded that to

19　Professor Laycock to mail out, if I'm not mistaken.

12:39PM　20　Yeah.  That's what happened.  I sent it to Professor

21　Laycock and he was supposed to forward it.

22　Q.　Okay.  That's fine.  That's not a problem.  Will

23　that information, does that kind of -- again, I'm

24　using the word "diary."  Some men don't like to use

12:39PM　25　the word "diary," so I'm not trying to be derogatory.

1  But some people keep kind of a like running list or

2  narrative about what happened on this date.  So is

3  that what you have?

4  A.   It is not like that, per se.  What it is is the

12:40PM  5  fact that I -- labeled each day what we had, labeled

6  it like that.

7  Q.   Okay.

8  A.   How much it was, that type of thing.

9  Q.   Okay.  That sounds good.  When you say how much

12:40PM  10  it was, are you talking about you would document there

11  was one scoop of beans, there were -- you're nodding

12  yes?

13  A.   Yes.  Yes.

14  Q.   Okay.  That sounds great.  All right.  I

12:40PM  15  asked -- I sent some requests for admissions to your

16  attorney and received a response back yesterday.  Do

17  you recall -- again, I don't want to know what you

18  said.  But do you recall having received a copy or

19  discussed -- well, do you ever recall receiving a copy

12:41PM  20  of the requests for admission?

21  A.   Yes.

22  Q.   Okay.  And to your knowledge, were the responses

23  that you provided truthful and accurate?

24  A.   Yes.

12:41PM  25  Q.   Okay.  I am going to ask you just about a couple

1    of those.  And the reason that I want to ask, the

2    verification page just had -- it did not have an

3    actual signature for you.  It just had a typewritten

4    signature.  That's why I just wanted to verify that

12:41PM    5    they were your responses.

6    A.   Yes.

7    Q.   Perfect.  All right.  One of the questions that

8    I asked in the requests for admission was number 2,

9    please admit that you have not written ADC Director

12:41PM    10    Dexter Payne a letter regarding the 2023 and/or 2024

11    Ramadan meals."

12           And that response was denied.  So let me

13    ask, have you written Director Payne a letter or any

14    type of communication with regard to the 2023 and/or

12:42PM    15    2024 Ramadan meals?

16    A.   Yes, I have.

17    Q.   Okay.  Do you recall, was it a letter to him?

18    A.   Yes, ma'am.

19    Q.   Okay.  Was it one letter or more than one?

12:42PM    20    A.   One.  Several pages.

21    Q.   Okay.  Do you recall when you would have sent

22    that letter?

23    A.   I sent the letter in 2024, not long after

24    Ramadan started.  In 2023, there was an issue I had

12:42PM    25    raised about trying to make sure that the timing was

1 right and all of that.  Yes, I did.

2 Q.   Okay.  All right.  In looking at your complaint,

3 and it sounded like -- or it seemed like -- do you

4 have a copy of it in front of you?

12:43PM  5 A.   Yes, I do.

6 Q.   Okay.  Fantastic.  If you will go to page 17,

7 actually, we can start at the bottom of page 16 where

8 it says "Prayer for Relief."

9 A.   Okay.

12:43PM 10 Q.   All right.  And then if you flip over to 17, it

11 starts with the different relief that you were asking

12 for?

13 A.   Yes.

14 Q.   And in paragraph 1 -- yeah, paragraph 1, the

12:43PM 15 first bullet point, it says, "Mr. Holt is entitled to

16 an adequate diet during Ramadan."  Can you tell me

17 what you mean by an adequate diet?

18 A.   Both meals.

19 Q.   Both meals?

12:43PM 20 A.   Yes.

21 Q.   Okay.  Any other description?  There doesn't

22 have to be, but any other description or definition

23 that you want to put for the definition of adequate

24 diet?

12:44PM 25 A.   Caloric intake that other prisoners are given

1  all day.

2  Q.    Okay.  And I think I read in your complaint a

3  reference to needing or being entitled to between

4  2,600 and 2,800 calories per day; is that correct?

12:44PM  5  A.    That's correct.

6  Q.    Okay.  All right.  If we turn to page 18, very

7  top, number 3, compensatory and punitive damages.

8  Let's talk about those.  Who are you seeking

9  compensatory damages from?

12:45PM  10        MS. NOE-LEHENBAUER:  Objection.  Calls

11        for a legal conclusion.

12        MS. CRYER:  Okay.

13  Q.    (By Ms. Cryer:)  Actually, I can ask a

14  different.  Mr. Muhammad, do you know what

12:45PM  15  compensatory damages are?

16  A.    Of course.

17  Q.    Okay.  Who are you seeking compensatory damages

18  from?

19        MS. NOE-LEHENBAUER:  Same objection.

12:45PM  20  A.    Against -- my impression is that it's against

21  all defendants.

22  Q.    (By Ms. Cryer:)  Okay.  Can you tell me why

23  that's your impression?

24        MS. NOE-LEHENBAUER:  Objection.  Calls

12:46PM  25        for a legal conclusion.  You can answer, to

Case 4:24-cv-00074-BRW    Document 23-2    Filed 11/22/24    Page 93 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

92

1        the extent you know.

2  A.    Just the way the complaint is written that the

3  parties that were involved, the decision makers, that

4  type of thing.

12:46PM  5  Q.    Okay.  It also states that you are seeking

6  punitive damages.  Do you know what punitive damages

7  are?

8  A.    Yes.

9            MS. NOE-LEHENBAUER:  Objection.  Calls

12:46PM  10        for a legal conclusion.  You can answer.

11  Q.    (By Ms. Cryer:)  And I believe your answer was

12  yes?

13  A.    Yes.

14  Q.    Okay.  Who are you seeking punitive damages

12:46PM  15  from?

16            MS. NOE-LEHENBAUER:  Same objection.

17        You can answer to the extent you know.

18  A.    I would say all defendants.

19  Q.    (By Ms. Cryer:)  All defendants?  Can you tell

12:46PM  20  me why?

21  A.    Because --

22            MS. NOE-LEHENBAUER:  Same objection.

23        Same objection.  You can answer to the

24        extent you know.

12:47PM  25  A.    Because they were the decision makers and they

1  made the decision not to give both meals.  And so

2  therefore, that's why I'm going -- you know, going

3  after them for punitive.

4  Q.    (By Ms. Cryer:)  Did any of the defendants ever

12:47PM  5  tell you that they were not going to provide extra

6  meals because you were the one that was asking for it?

7  A.    They did not.

8  Q.    Okay.  All right.  Going back -- I'm skipping

9  around just a little bit on the complaint.  But going

12:47PM  10  back to page 16, paragraph number 88.  Have you got

11  that page in front of you?

12  A.    Yes, I do.

13  Q.    Okay.  The paragraph states, "As a direct and

14  proximate results of these policies, practices, and

12:48PM  15  customs --" I'm just reading that for fullness.

16  That's not the part I am going to ask you about.

17  "Plaintiff Mr. Holt has suffered and continues to

18  suffer from starvation, severe hunger pangs,

19  headaches, dizziness, and other effects."  So I kind

12:48PM  20  of want to take those one at a time.  Tell me how

21  often during 2023 Ramadan did you suffer from

22  starvation?

23  A.    Define starvation.

24  Q.    I do not have a definition.  I'm going by what

12:48PM  25  it says in the complaint, so I don't -- I could ask

1  what your definition of starvation is?

2  A.    I would say deprivation.

3  Q.    Okay.  Let's talk about severe hunger pangs.

4  How often did you suffer from severe hunger pangs?

12:48PM  5  A.    Quite regularly.

6  Q.    Okay.  And is that true for both 2023 and 2024?

7  A.    That's correct.

8  Q.    Okay.  Did you suffer from severe hunger pangs

9  during 2022 during Ramadan?

12:49PM  10  A.    I did not.

11  Q.    Okay.  What about headaches?  Did you suffer --

12  how often did you suffer from headaches during Ramadan

13  in 2023?

14  A.    Quite regularly because I have a condition, and

12:49PM  15  the lack of food exacerbates it.  I'm on chronic care

16  for that very thing.

17  Q.    What about for 2024?

18  A.    Same thing.

19  Q.    Okay.  During 2023 and 2024, did you ever

12:49PM  20  schedule an appointment to talk with a physician or a

21  nurse practitioner or anyone regarding your need for

22  2,600 to 2,800 calories per day?

23  A.    I did not.

24  Q.    Okay.  Did you see anyone in medical, and that's

12:50PM  25  going to be a doctor, nurse practitioner, a nurse, for

1  headaches or dizziness related to the lack of food

2  during Ramadan in 2023 or '24?

3  A.    Not for those reasons, no.

4  Q.    And I understand, you may have something

12:50PM  5  completely different.  I'm not saying you couldn't see

6  the doctor for that.  But I'm just trying to see if

7  you submitted sick call requests or anything

8  specifically as it related to headaches and dizziness.

9  A.    No.  I had chronic care.  I have chronic care

12:50PM  10  every 90 days, and I was seen during that month where

11  this stuff was discussed.

12  Q.    Okay.  All right.  The complaint also says, "And

13  other effects."  So can you tell me anything else that

14  you suffered from as a result of the amount of food or

12:51PM  15  lack of food that you were being provided during the

16  2023 and 2024 Ramadan?

17  A.    Anger and frustration over the recalcitrance of

18  the defendants.

19  Q.    Okay.  Did the anger and frustration manifest

12:51PM  20  itself in any way?  In other words, did you have

21  any -- do you think your headaches were worse because

22  you were angry and frustrated?  I'm trying to figure

23  out a way to ask if there were any physical reactions

24  or physical effects from anger and frustration during

12:52PM  25  this time?

1   A.    I don't know if there were or not.

2   Q.    Okay.  Did you seek any type of mental health

3   counseling or, again, guidance by anyone in the

4   infirmary with regard to the anger and frustration?

12:52PM   5   A.    No.  Because it wasn't -- there's nothing they

6   can do for this.

7   Q.    Okay.  Any other effects that you can think of

8   that we have not talked about other than starvation,

9   severe hunger pangs, headaches, dizziness, anger, and

12:52PM   10   frustration?

11   A.    Not right off, no.

12   Q.    Okay.  And again, did you ever suffer from

13   hunger pangs, headaches, dizziness, anger,

14   frustration, or starvation related to Ramadan meals in

12:53PM   15   2022?

16   A.    No.

17        MS. CRYER:  Okay.  There is probably

18        something I'm missing, but I can't think of

19        it right now.  So I think I'm going to pass

12:53PM   20        the witness.  Thank you, Mr. Muhammad.

21        MS. NOE-LEHENBAUER:  Okay.  So just a

22        few follow-up questions here.

23              EXAMINATION

24   BY MS. NOE-LEHENBAUER:

12:53PM   25   Q.    First of all, how have you gotten back and forth

1 between this room today?  You're sitting, it looks

2 like, in an office space to be on the Zoom with us.

3 And I know we've taken a couple of breaks when you've

4 gone back to your cell.  So tell me how that process

12:53PM  5 has worked.

6 A.    I just walk back down the hallway unescorted

7 back to my barracks.  And then when it's time to come

8 back down here, the officer in the control booth in

9 the barracks I'm in pops the door and let's me out and

12:54PM  10 I repeat the process back.

11 Q.    So you said unescorted?

12 A.    Yes.

13 Q.    So just when you're ready, the control officer

14 pops the door and you just walk down the hallway?

12:54PM  15 A.    That's correct.

16 Q.    Okay.  Were there any other people in the

17 hallway any of the times you were coming back and

18 forth today?

19 A.    Absolutely.

12:54PM  20 Q.    Okay.  Who did you see in the hallway?

21 A.    Different prisoners, some from my barracks, some

22 from other barracks, other officers, things of that

23 nature.

24 Q.    Okay.  So would it be, like, other individuals

12:54PM  25 like you going to other places or, like, groups of

1  people going somewhere?

2  A.   Yeah.  They were running commissary at the same

3  time, so -- and chow call.  So you had some barracks

4  going to chow and you had -- my barracks was in the

12:54PM  5  commissary line.

6  Q.   Okay.  So did you get there after the commissary

7  call started for your barracks?

8  A.   I got there -- I got back the second time while

9  commissary was running for -- our barracks is divided

12:55PM  10  into halves, 27 on one, 27 on the other.  I live on

11  the first half.

12          Second half was in the commissary line.

13  So since I hadn't been able to go with the first half,

14  I came down here and got my commissary with the second

12:55PM  15  time.

16  Q.   Okay.  Okay.  And when your group went to the

17  commissary, did you pass other groups in the hallways?

18  A.   People walking back and forth, yes.

19  Q.   Incarcerees walking back and forth?

12:55PM  20  A.   Yes.

21  Q.   Were some of them escorted?

22  A.   Maintenance.  Maintenance workers are.

23  Q.   Okay.  Did you --

24  A.   And if you're, like, coming from ag seg, then,

12:55PM  25  of course, you're going to be escorted.

1  Q.   Okay.  So did you pass -- did you pass by any

2  incarcerees that were not escorted?

3  A.   Quite a few.

4  Q.   Okay.  Okay.  And so when you go to Jumu'ah,

12:56PM  5  when you go, how does that process work?

6  A.   They have a Jumu'ah call.  Everybody that's on

7  the Jumu'ah list -- they have a Jumu'ah list.  They

8  have a call for it.  They pop the door, and people

9  just go down the hallway to the chapel.

12:56PM  10  Q.   Okay.  No escort of any kind?

11  A.   No.

12  Q.   Are there guards in the hallways keeping watch?

13  A.   Maybe further up in the hallways in front of

14  the, like, the chow hall, places like that, there may

12:56PM  15  be some up that way.  But not down really where I'm

16  at.

17  Q.   Okay.  So your barracks door is opened, and you

18  and whoever else is in your barracks that is going to

19  Jumu'ah just walks down the hall on your own?

12:56PM  20  A.   That's correct.

21  Q.   Okay.  And what happens when you go back to your

22  barracks after Jumu'ah?

23  A.   Go back in and go to our cells.

24  Q.   Okay.  So is there a guard with you in Jumu'ah?

12:57PM  25  A.   The times I was down there, there was either an

1 officer or the chaplain.

2 Q.    Okay.  But not both?

3 A.    Correct.

4 Q.    Okay.  So if an officer is there, does he check

12:57PM 5 off a list or something to make sure all of you are

6 accounted for before he lets you go back down the

7 hall?

8 A.    They have a -- normally, I think around the time

9 Jumu'ah is over, they have -- like, they're starting

12:57PM 10 counts about that time.  And so if you try to get back

11 before count, you can get back.  But if not, you've

12 got to wait till count has cleared.

13 Q.    Gotcha.  Okay.  But either way, is he, like,

14 accounting for each person that leaves to go back to

12:57PM 15 their barracks as they come out of Jumu'ah?

16 A.    If it's count time, yes.

17 Q.    Okay.  I see what you're saying now.  And if

18 not, he doesn't even check off the names or double

19 check anything?  He just sends you back and you

12:58PM 20 participate in count in your barracks?

21 A.    That's correct.

22 Q.    Okay.  Okay.  So we've talked a little bit

23 about, I guess, scenarios of how we could accommodate

24 some kind of separation for Jumu'ah between NOI and

12:58PM 25 Muslims.  So I just want to make sure I understood all

1    of those right.  So you said that you would be okay

2    with all of you, both groups, going to the chapel at

3    the same time, just like they are right now.  The

4    Muslims doing their service and their prayer while NOI

12:58PM    5    sits in chairs in the back of the room.  And then the

6    Muslims leaving the chapel and leaving the room to NOI

7    folks.  Is that right?

8                MS. CRYER:  I object to the form.  That

9           was not one of the scenarios that was

12:59PM    10          presented in direct examination.  But if

11          that's a new one that you're presenting to

12          him, go ahead.

13              MS. NOE-LEHENBAUER:  Okay.  Well, let me

14          back up then.

12:59PM    15    Q.    (By Ms. Noe-Lehenbauer:)  I thought we did

16    discuss that.  So excuse me, you did say, I believe,

17    that you would be okay with doing your prayer service

18    with other Muslims while NOI is in the room sitting in

19    chairs in the back; is that right?

12:59PM    20    A.    That's correct.

21    Q.    Okay.  And I believe you said you would not be

22    okay with, like, being in the room while NOI does

23    their service; is that right?

24    A.    That's correct.

12:59PM    25    Q.    Okay.  So then would it -- would it be

1  sufficient for you if both groups came to the chapel

2  at the same time, Muslims had their service first

3  while NOI sat in the chairs in the room and then

4  Muslims left the chapel so NOI could continue?

01:00PM     5  A.    Yes.  I would be open to that.

6  Q.    Okay.  Would you also be open to having, like,

7  simultaneous Jumu'ahs in separate rooms?

8  A.    That's really what I'm trying to angle for

9  'cause that's how it's done in the federal system.

01:00PM    10  Q.    Okay.  So talk to me about the facility.  I've

11  not been all the way inside.  So what -- what spaces

12  can you think of that could work for Jumu'ah besides

13  the chapel?

14  A.    You have a multi-purpose room by the regular

01:00PM    15  recreational library that's used once a week for

16  classification.  Usually, on Tuesdays, sometimes on

17  Thursdays.

18          But for the most part, that room is empty.

19  You have a camera in that room and you have a training

01:01PM    20  office right next door to it, where they can see into

21  the multi-purpose room to see what is going on.  So

22  one or the other, one would be in the chaplain --

23  chapel and one would be in the multi-purpose room.

24  Q.    Okay.  And would it be sufficient for you if

01:01PM    25  Muslims were put in the multi-purpose room for

1  Jumu'ah?

2  A.   Yes.  Yes.

3  Q.   Okay.  That room that you're talking about, is

4  it -- I guess is there open floor space enough to

01:01PM  5  accommodate either group; do you think?

6  A.   Yes.  Because they've done it during Ramadan.

7  Q.   They've done it.  Okay.  What do you recall

8  about that?

9  A.   They had the prayer rugs laid out.  And there

01:02PM  10  was, like, at one time, if I remember correctly, there

11  was, like, 40 people in there at one time.

12  Q.   Okay.  And you said that was during Ramadan?

13  A.   Yes.

14  Q.   Do you recall what year that was?

01:02PM  15  A.   Either '21 or '22.

16  Q.   Okay.  And was that just for Jumu'ah during

17  Ramadan or was it some other prayer time?

18  A.   No.  That was at nighttime when we would meet to

19  break the fast, make the prayer to break the fast and

01:02PM  20  then go eat in the chow hall.

21  Q.   Okay.  So are you saying it was every night

22  during Ramadan?

23  A.   Yes.

24  Q.   Okay.  Do you just recall it happening that one

01:02PM  25  year?

1    A.    Either '21 and '22, something like that.  But I

2    do remember that particular year.

3    Q.    Okay.  Gotcha.  Okay.  So let's see.  Would you

4    also be okay with, like, having Jumu'ah back to back,

01:03PM    5    maybe in the chapel?  So Muslims or NOI has their

6    service first and then they go back and the Muslim

7    group, or whichever is the other group, comes in right

8    after them?

9    A.    Well, in a situation like that, obviously, I'm

01:03PM    10    going to say the Muslims would have to go first.

11    Q.    Why is that?

12    A.    Because I'd be forced to sit in there while the

13    NOI is doing their thing and wait for them to leave.

14    And who is going to determine who goes first?  That's

01:03PM    15    the only problem with that.

16    Q.    Okay.  So have you ever gone to the chapel for

17    any kind of service that backed up right next to

18    another service either before or after?

19    A.    I don't -- I don't go to the chapel at all

01:04PM    20    unless it's to check out books.

21    Q.    Okay.  Okay.  So then help me understand the

22    times you have been to Jumu'ah.  Is it your impression

23    that even if you went in separate groups and you had

24    separate calls for NOI Jumu'ah and Muslim Jumu'ah,

01:04PM    25    that you would still be in the same room for part of

Case 4:24-cv-00074-BSM   Document 23-3   Filed 11/22/24   Page 106 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

105

1  the time in between?

2  A.   Because here's the thing.  Let's say, for

3  instance, even though in a perfect world, an ideal

4  world, we go first and they have to sit in the back.

01:04PM  5  But then who is to say that the problems get started

6  and they're like, why are y'all always going first.

7  That's the only drawback I can see.  But if it could

8  be done that way, I would be all for it.

9  Q.   Okay.  So I think I'm not asking the question

01:05PM  10  clearly.  So we did talk about that option.  That

11  makes total sense.  What if we had two totally

12  separate services with two totally separate callouts.

13  So maybe one Jumu'ah started at 12:30 and the other

14  started at 1:30, for example.

01:05PM  15  A.   The only problem is is that Jumu'ah is to start

16  at, like, 1:00.

17  Q.   Yeah.

18  A.   So how would you work around that?  You see what

19  I'm saying?  But if, if they got called out at --

01:05PM  20  somebody got called out at 12:30 and the other one got

21  called out at 1:00 but it all started around the same

22  time for each group separately, I wouldn't have a

23  problem about that.

24  Q.   You mean in separate rooms?

01:06PM  25  A.   Yes.

1  Q.    Okay.  Okay.  So there are options you can see

2  that would work for you.  Your preference being

3  totally separate rooms, totally separate Jumu'ahs.

4  But there are other options, as well, that you can

01:06PM  5  see?

6  A.    Yes.

7  Q.    Okay.  Okay.  So let's see.  We talked a little

8  bit about other facilities you have resided at

9  throughout your life.

01:06PM  10  A.    Yes.

11  Q.    I want to make sure we've captured all of those.

12  So you talked about a federal prison in Pollock,

13  Louisiana, I think you said?

14  A.    Yes.

01:07PM  15  Q.    Okay.  And a federal prison in Forrest City,

16  Arkansas?

17  A.    That's correct.

18  Q.    Okay.  And in both of those facilities, I

19  believe you said there are three separate Jumu'ahs; is

01:07PM  20  that right?

21  A.    That's correct.

22  Q.    Okay.  So tell me who the groups are in those

23  three separate Jumu'ahs.

24  A.    The Muslims, the NOI, and the Moorish Science

01:07PM  25  Temple.

1　Q.　Okay.  And you said one of those facilities was

2　a maximum security in Pollock; is that right?

3　A.　That's correct.

4　Q.　How did they handle callouts for the

01:07PM　5　simultaneous services?

6　A.　They have a Jumu'ah call and people leave the

7　barracks, their housing areas, go to the education

8　building.

9　Q.　Okay.  So all Jumu'ah was called out at the same

01:07PM　10　time regardless of which group an incarceree belonged

11　to?

12　A.　That's correct.

13　Q.　And then when everybody got to the education

14　building, did everybody just know which room to go

01:08PM　15　into?

16　A.　Yes, they did.

17　Q.　Okay.  So was there any kind of officer escort

18　through that process of moving from barracks to the

19　education building?

01:08PM　20　A.　There was not.

21　Q.　Okay.  Were there guards positioned in the

22　education building controlling who was coming in and

23　out?

24　A.　There were not.

01:08PM　25　Q.　Okay.  Were there guards in the Jumu'ah

1  services?

2  A.    There were not.

3  Q.    Wow.  Okay.  And that was in the Maximum

4  Security Unit in Pollock but also in Forrest City?

01:08PM    5  A.    That is correct.

6  Q.    Okay.  Are there any other facilities that

7  you've experienced that have some kind of similar

8  setup?

9  A.    The only other one in the federal system was FCI

01:09PM   10  Oakdale in Louisiana.

11  Q.    Okay.  And how did they set things up?

12  A.    Same exact way.

13  Q.    All right.  What level -- what security level

14  was that prison?

01:09PM   15  A.    It was considered medium.  Like, a medium/high.

16  Q.    Okay.  How many ADC facilities have you

17  experienced?

18  A.    Two.

19  Q.    Okay.  So Tucker Max and what else?

01:09PM   20  A.    Cummins.

21  Q.    Cummins.  That's right.

22  A.    I was at the Cummins Unit two different times.

23  Q.    Okay.  Do you recall how Jumu'ah was organized

24  at Cummins?

01:10PM   25  A.    It was a Jumu'ah call.  Everybody from all over

1  the penitentiary that was a Muslim or went to Jumu'ah

2  went to the library.  And it was large enough to hold

3  everybody in there.

4  Q.  Okay.  So was it a joint service?

01:10PM  5  A.  Yes.  It's just like it is here.  Unified.  Yes.

6  Q.  Okay.  What security level is Cummins?

7  A.  I think it's a max.

8  Q.  Okay.  But you were in three federal facilities

9  that all had three separate Jumu'ah services and they

01:11PM  10  didn't, like, assign each group a guard to escort or

11  to even be in the room during Jumu'ah; is that right?

12  A.  No, they didn't.  No, they didn't.

13  MS. NOE-LEHENBAUER:  All right.  I

14  think -- I think that's it for me.

01:11PM  15  Christine, do you have anything else?

16  MS. CRYER:  Okay.  I've got just a

17  couple.

18  FURTHER EXAMINATION

19  BY MS. CRYER:

01:11PM  20  Q.  Mr. Muhammad, you were, you know, asked

21  questions about going back and forth from Jumu'ah to

22  the chapel and whether or not there was security

23  present.  When is the last time that you attended a

24  Jumu'ah at the Maximum Security Unit?

01:11PM  25  A.  Eight years.

1  Q.    Okay.  And so the testimony that you provided

2  regarding the process of escorting inmates down and

3  what the security staff did inside the chapel or just

4  outside the chapel, was that based upon your

01:11PM  5  experience eight years ago?

6  A.    That was stuff I've seen since that time.  I

7  mean, I'm in the barracks when they have Jumu'ah call.

8  Q.    Okay.

9  A.    And then people come back and talk about it.

01:12PM  10  Q.    Okay.  Have you personally observed the

11  escorting of inmates or the walking of the inmates

12  from your barrack to the chapel?

13  A.    I have never seen that.

14  Q.    Okay.  Where it -- so I know where the main

01:12PM  15  hallway is, or I think what's the main hallway at the

16  Maximum Security Unit.  Where is your barrack compared

17  to the commissary window?

18  A.    If you know where the commissary window is.

19  Q.    Yes, sir.  Let's say I'm -- I'm sorry.

01:12PM  20  A.    If you're sitting in front of the commissary.

21  Q.    Yes.

22  A.    You look straight down the hallway, it's all the

23  way down on the other end.

24  Q.    Okay.  So let's say I am standing in front of

01:13PM  25  the commissary and I am looking in the commissary

Case 4:24-cv-00074-BSM   Document 33-3   Filed 11/22/24   Page 112 of 116
GREGORY HOUSTON HOLT vs DEXTER PAYNE
HOLT, GREGORY on 10/16/2024

111

1  window.

2  A.   Yes.

3  Q.   Is it to my right or to my left?

4  A.   To your right.

01:13PM    5  Q.   To my right.  Okay.  Do you have to go through a

6  riot gate or anything to get to your barrack from the

7  commissary area?

8  A.   You have to go through two.

9  Q.   Two?  Okay.

01:13PM   10  A.   Yeah.

11  Q.   The multi-purpose room and the chapel, are those

12  next to each other?

13  A.   They are not.

14  Q.   Okay.  You've testified about the -- at least

01:13PM   15  one time when, in the multi-purpose room, there were

16  about 40 people in there and they had their prayer

17  rugs laid out to break the fast during Ramadan.  Were

18  you one of the 40 people that were in there actually

19  using one of the prayer rugs?

01:13PM   20  A.   Yes.

21  Q.   Okay.  Were you praying with other Muslims or

22  were you praying with other individuals who were

23  participating in Ramadan who were not Muslims?

24  A.   I prayed.  I waited till they were done and did

01:14PM   25  it by myself.

1  Q.   Okay.  You were asked a couple of questions

2  about, you know, different services or having the same

3  service at the same time.  Let me ask you, how

4  important is it to you that Jumu'ah be held at 1:00?

01:14PM  5  A.   Absolutely.

6  Q.   Okay.  How long is Jumu'ah to last?

7  A.   At least two hours.

8  Q.   Okay.  Would you be interested or willing to

9  attend Jumu'ah if it was a shortened period?

01:15PM  10  A.   No.

11  Q.   Okay.  Now, your time at the Federal Bureau of

12  Prisons in Pollock, Louisiana, just looking on the

13  internet, if I were to tell you that Pollock FCI shows

14  to be a medium security facility, would you have any

01:15PM  15  reason to dispute that?

16  A.   It's one they must have built since then.  I was

17  at a USP.

18  Q.   Did you say Ottisville?

19  A.   Pollock, Louisiana.

01:15PM  20  Q.   I'm sorry.  I thought that was even another one

21  that you had been to.

22  A.   Oakdale.  Oakdale, Louisiana.

23      MS. CRYER:  Okay.  Okay.  I think that's

24    all the questions that I've got.  We can

01:16PM  25    start all over and I can ask you all over

1    again, but I figure we're ready to be done.

2        THE COURT REPORTER:  Kimberly, do you

3    have anything else?

4        MS. NOE-LEHENBAUER:  No.

5        THE COURT REPORTER:  All right.  We'll

6    go off the record.

7    (The deposition was concluded at 1:16 p.m.)

8            * * * * *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              REPORTER CERTIFICATION

2      I, TAMMIE L. FOREMAN, Certified Court Reporter

3 for the State of Arkansas, do hereby certify to the

4 following:

5      1) that on 10/16/2024, the witness,

6 GREGORY HOLT, was duly sworn by me prior to the taking

7 of testimony as to the truth of the matters attested

8 to and contained therein;

9      2) that the foregoing pages contain and are a

10 true and correct transcription of the proceedings as

11 reported verbatim by me via realtime stenography to

12 the best of my ability and transcribed at or under my

13 direction and supervision;

14      3) that I am neither counsel for, related to,

15 nor employed by any of the parties to the action in

16 which this proceeding was taken; and that I am not a

17 relative or employee of any attorney employed by the

18 parties hereto;

19      4) that I am not financially interested or

20 otherwise interested in the outcome of this action

21 that affects or has substantial tendency to affect

22 impartiality or requires me to relinquish control of

23 an original or copies of a deposition transcript

24 before it is certified, or that requires me to provide

25 any service not made available to all parties to the

1  action; and

2      5) that I have no contract with the parties,

3  attorneys, or persons with an interest in the action;

4  and that I am not knowingly identified on a preferred

5  provider list, whether written or oral, for any

6  litigant, insurance company, or third-party

7  administrator involved in this matter;

8      6) that signature of the witness is waived.

9      This transcript is prepared at request of

10  counsel for DEFENDANTS, and all fees are billed

11  directly to them in compliance with Arkansas Board of

12  Court Reporter Examiners Regulations Section 19.

13      Witness my hand and seal this 26th of

14  October, 2024.

15

16      _____
        TAMMIE L. FOREMAN, CCR, CRR, RPR
17       LS Certificate #305, State of Arkansas
        Arkansas Realtime Reporting
18       10310 West Markham, Suite 10
        Little Rock, Arkansas 72205
19       501-725-7963
        www.ArkansasRealtimeReporting.com
20

21

22

23

24

25