IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREGORY HOUSTON HOLT**     **PLAINTIFF**
ADC #129616

V.     NO. 4:24-cv-00074-BRW

**DEXTER PAYNE**, *et al*.     **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 48) submitted by United States Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Holt's timely objections, and a de novo review of the record, I approve and adopt the Recommendation in all respects.

Defendants' motion for summary judgment (Doc. No. 34) is GRANTED. Defendants Payne and Shipman are entitled to judgment as a matter of law. Mr. Holt's claims against Defendants Straughn and Ameen are DISMISSED, without prejudice, based on Mr. Holt's failure to serve those Defendants. Mr. Holt's motion for partial summary judgment and motion to expedite (Doc. Nos. 33, 49) are DENIED as moot.

IT IS SO ORDERED this 3rd day of March, 2025.

                         Billy Roy Wilson
                         UNITED STATES DISTRICT JUDGE